Entered: August 15th, 2023
Signed: August 15th, 2023
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

Case No.: **22−16740 − MCR**     Chapter: **7**     Doc No.: **65**

In re:

**Christopher John Cahill**
Debtor

## ORDER CONTINUING HEARING ON DEBTOR'S AMENDED
## SCHEDULE C AND TRUSTEE'S OBJECTION TO EXEMPTIONS

Upon consideration of the motion for continuance filed in the above−captioned matter by Christopher John Cahill, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for August 16, 2023, is continued to **September 14, 2023 at 12:00 p.m. and will be held at the United States Courthouse, Courtroom 3C, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

cc:  Debtor
     Debtor's counsel
     Chapter 7 trustee
     Trustee's counsel

**End of Order**