Entered: November 2nd, 2023
Signed: November 1st, 2023

**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:

CHRISTOPHER JOHN CAHILL,

      Debtor.

Case Number:  22-16740-MCR
(Chapter 7)

### ORDER ASSIGNING MATTER TO BANKRUPTCY DISPUTE RESOLUTION PROGRAM, APPOINTING RESOLUTION ADVOCATE, REQUIRING JOINT STATUS REPORT, AND SETTING HEARING

On June 21, 2023, Christopher John Cahill, the debtor (the "Debtor"), filed *Amended Schedules A/B and C* [Dkt. No. 65] (the "Amended Schedules"), and on July 20, 2023, Laura J. Margulies, the Chapter 7 trustee (the "Trustee") appointed in this case, filed an *Objection to Debtor's Second Amended Claim of Exemption of Property of the Debtor's Estate* [Dkt. No. 68] (the "Objection to Exemptions").  On August 20, 2023, the Debtor filed an *Opposition to Objection to Debtor's Amended Claim of Exemption of Property of the Debtor's Estate* [Dkt. No. 81] (the "Opposition").  On October 13, 2023, the parties filed a Joint Status Report [Dkt. No. 100] (the "Status Report"), setting forth the status of the parties' disputes and stating that the parties desire to engage in mediation.

On October 26, 2023, the Court held a status conference on the Debtor's Amended Schedules, the Trustee's Objection to Exemptions, the Debtor's Opposition, and the parties' Status Report.

For the reasons stated on the record at the hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the matters that are the subject of the Amended Schedules, the Trustee's Objection to Exemptions, the Debtor's Opposition, and the parties' Status Report are referred to this Court's Bankruptcy Dispute Resolution Program ("BDRP"); and it is further

ORDERED, that Jeffrey Orenstein is appointed as the resolution advocate under the BDRP (the "Resolution Advocate") and shall serve on a compensated basis with the Debtor paying one-half (1/2) of the Resolution Advocate's compensation and the bankruptcy estate paying the other one-half (1/2) of the Resolution Advocate's compensation; and it is further

ORDERED, that the Debtor and the Trustee are directed to comply with the requirements of the BDRP as set forth in Local Rule 9019-2 except to the extent the requirements are modified by the Resolution Advocate; and it is further

ORDERED, that the BDRP conference shall be completed by **January 12, 2024**, provided, however, that this deadline may be extended by a further Court order or by the parties and the Resolution Advocate if they stipulate to an extension in writing and file the stipulation with the Court; and it is further

ORDERED, that the Debtor and the Trustee shall file a joint report regarding the status of the matters referred to the BDRP no later than **January 17, 2024**; and it is further

ORDERED, that counsel for the Debtor shall provide to the assigned Resolution Advocate, within three (3) days from the date of this Order, a copy of this Order and the contact information for all parties in interest who desire to participate in the mediation; and it is further

ORDERED, that the Court will hold a videoconference hearing on **January 24, 2024** at 2:00 p.m. on (i) the merits of the parties' dispute regarding the extent to which the capital gains tax refund relating to the sale of real property owned by the Debtor and his husband (if it is not resolved by then), (ii) the status of the turnover of the value of the undisputed non-exempt personal property by the Debtor to the Trustee, and (iii) the status of the case and any remaining disputes between the Debtor and the Trustee; and it is further

ORDERED, that the Trustee may file a brief on the capital gains tax issue by **November 30, 2023**, and the Debtor and his husband may file a brief in response within **twenty-one (21) days** after the filing and service of the Trustee's brief; and it is further

ORDERED, that the Debtor shall act in good faith in responding to the Trustee's requests for documents and other information.

cc:    Debtor – Christopher John Cahill
       Debtor's counsel – Justin P Fasano and Maurice B. VerStandig
       Trustee – Laura J. Margulies
       Trustee's counsel – James M. Hoffman
       Office of the United States Trustee – Lynn A. Kohen
       All creditors and parties in interest

### END OF ORDER