IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

In re:

CHRISTOPHER JOHN CAHILL       *       Case No: 22-16740 MCR

   Debtor       *       Chapter 7

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2023, a copy of the Subpoena for documents was served to the Debtor by service on Debtor's Counsel. On October 26, 2023, Debtor's Counsel confirmed receipt of said Subpoena on behalf of the Debtor.

Date: November 28, 2023       **OFFIT KURMAN, P.A.**

                                             /s/ James M. Hoffman
                                         James M. Hoffman, Esq., Bar No. 04914
                                         7501 Wisconsin Avenue, Suite 1000W
                                         Bethesda, MD 20814
                                         (240) 507-1710
                                         (240) 507-1735 Facsimile
                                         jhoffman@offitkurman.com
                                         *Attorneys for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2023, a copy of the foregoing Certificate of Service was filed and served via ECF upon:

- **Corinne Donohue Adams**    cdonohue@yvslaw.com, cadams@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- **Justin Philip Fasano**    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Leah Christina Freedman**    bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **James M. Hoffman**    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Lawrence A. Katz**    lkatz@hirschlerlaw.com,

1

- llewis@hirschlerlaw.com;aklena@hirschlerlaw.com;ndysart@hirschlerlaw.com
- **Michael J. Klima**    bankruptcy@peroutkalaw.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **Laura J. Margulies**    trustee@law-margulies.com, lmargulies@ecf.axosfs.com
- **John McKenna**    jackmckenna@asm-law.com
- **Gregory Christopher Mullen**    bankruptcy@bww-law.com, gregory.c.mullen@gmail.com
- **Jason S. Ordene**    jordene@bregmanlaw.com, mgomes@wtplaw.com
- **Daniel J. Pesachowitz**    dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- **Richard M. Sissman**    RSissmanesq@his.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com

and served first class mail, postage prepaid to:

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

                                                     */s/ James M. Hoffman*
                                                     James M. Hoffman

4864-7417-4611, v. 1