Entered: March 25th, 2024
Signed: March 23rd, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:                                          *

CHRISTOPHER JOHN CAHILL            *    Case No. 22-16740-MCR
                                                          Chapter 7
      Debtor                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER APPROVING FIRST AND FINAL APPLICATION
FOR COMPENSATION TO BDRP RESOLUTION ADVOCATE

Upon consideration of the First and Final Application for Compensation to BDRP Resolution Advocate (the "Application"), notice having been provided to all creditors and other parties in interest, no objections to the Application having been filed, the Court having considered this matter fully and having determined that Applicant is entitled to the relief he seeks in his Application, it is this day by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Jeffrey M. Orenstein ("Applicant") be, and he hereby is, allowed fees in the amount of Seven Thousand Two Hundred Forty Dollars ($7,240.00); and it is further

ORDERED, that the Chapter 7 Trustee is authorized to pay the sum of Three Thousand Six Hundred Twenty Dollars ($3,620.00) of such allowed fees from funds that are property of the Debtor's estate.

cc:

Jeffrey M. Orenstein, Esq.
Christopher John Cahill
Laura J. Margulies, Trustee
Maurice VerStandig, Esq.
James Hoffman, Esq.
Office of U.S. Trustee

**END OF ORDER**