United States Bankruptcy Court
District of Maryland

In re:  Case No. 22-16740-MCR
Christopher John Cahill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: Mar 25, 2024      Form ID: pdfparty      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |
| sp | + | James M. Hoffman, Offit Kurman, P.A., 7501 Wisconsin Ave, Ste 1000 W, Bethesda, MD 20814-6527 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Mar 25 2024 19:26:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corinne Donohue Adams | cadams@yvslaw.com<br>cadams@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,r39990@notify.bestcase.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Gregory Christopher Mullen | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Mar 25, 2024 | Form ID: pdfparty | Total Noticed: 3

| | |
|---|---|
| | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |
| James M. Hoffman | |
| | jhoffman@offitkurman.com  mmargulies@offitkurman.com |
| Jason S. Ordene | |
| | jordene@bregmanlaw.com  mgomes@wtplaw.com |
| Jeffrey M. Orenstein | |
| | jorenstein@wolawgroup.com |
| John McKenna | |
| | jackmckenna@asm-law.com |
| Justin Philip Fasano | |
| | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,mtaylor@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Laura J. Margulies | |
| | trustee@law-margulies.com  lmargulies@ecf.axosfs.com |
| Lawrence A. Katz | |
| | lkatz@hirschlerlaw.com  llewis@hirschlerlaw.com,aklena@hirschlerlaw.com,ndysart@hirschlerlaw.com |
| Leah Christina Freedman | |
| | bankruptcy@bww-law.com  leah.freedman@bww-law.com |
| Lynn A. Kohen | |
| | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | |
| | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael J. Klima | |
| | bankruptcy@peroutkalaw.com |
| Richard M. Sissman | |
| | RSissmanesq@his.com |
| US Trustee - Greenbelt | |
| | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 16



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No. 22-16740-MCR |
| | | Chapter 7 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER APPROVING FIRST AND FINAL APPLICATION
FOR COMPENSATION TO BDRP RESOLUTION ADVOCATE

Upon consideration of the First and Final Application for Compensation to BDRP Resolution Advocate (the "Application"), notice having been provided to all creditors and other parties in interest, no objections to the Application having been filed, the Court having considered this matter fully and having determined that Applicant is entitled to the relief he seeks in his Application, it is this day by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Jeffrey M. Orenstein ("Applicant") be, and he hereby is, allowed fees in the amount of Seven Thousand Two Hundred Forty Dollars ($7,240.00); and it is further

1

ORDERED, that the Chapter 7 Trustee is authorized to pay the sum of Three Thousand Six Hundred Twenty Dollars ($3,620.00) of such allowed fees from funds that are property of the Debtor's estate.

cc:

Jeffrey M. Orenstein, Esq.
Christopher John Cahill
Laura J. Margulies, Trustee
Maurice VerStandig, Esq.
James Hoffman, Esq.
Office of U.S. Trustee

**END OF ORDER**