| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-16740<br>District of Maryland<br>Greenbelt<br>Thu Apr  4 10:49:22 EDT 2024 | Pentagon Federal Credit  Union<br>BWW Law Group<br>8100 Three Chopt Road<br>Richmond, VA 23229-4833 | Truist Bank<br>Klima, Peters & Daly, PA<br>8028 Ritchie Hwy Ste 300<br>Pasadena, MD 21122-1360 |
| US Trustee - Greenbelt 11<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Amex<br>PO Box 6789<br>Sioux Falls, SD 57117-6789 |
| Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Andrew Stewart, Esq.<br>Whitestone Law, PLLC<br>11718 Bowman Green Drive Suite 200<br>Reston, VA 20190-3596 | Apple Federal Credit Union<br>4097 Monument Corner Dr.<br>Fairfax, VA 22030-8640 |
| Apple Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 1200<br>Fairfax, VA 22038-1200 | Arturo Esquivel<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| BFS Operations, LLC successor in interest to<br>c/o Leslie Stewart<br>8101 Snouffer School Road<br>Gaitherburg, MD 20879-1505 | Bank of America, N.A.<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Barclays Bank<br>Attn: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays Bank<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Botanical Decorators, Inc.<br>5011 Olney Laytonsville Road<br>Olney, MD 20832-1903 | Carlos Roberto Cardona Palencia<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| Cesar Portillo Hernandez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi<br>P.O. Box 6789<br>Sioux Falls, SD 57117-6789 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Comenity Bank/Express<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Express<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21404-0549 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | District of Columbia Office of Tax and R<br>1101 4th St SW #270<br>Washington, DC 20024-4457 |
| Duman H. Gonzalez Hernandez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Dylan French<br>5505 16th Street, NW<br>Washington, DC 20011-6822 | Edwin F. Salam Chub<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |

| | | |
|---|---|---|
| Fidel A. Bruno<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Gateway One Lending & Finance<br>3818 E Coronado St<br>Anaheim, CA 92807-1620 | Hugo Antonio Melgar<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| Hyundai Motor Finance<br>Attn: Bankruptcy<br>PO Box 20829<br>Fountain Valley, CA 92728-0829 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Isai Vargas Castellon<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jpmcb Card<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Juan Antonio Gonzalez Hernandez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| Juan Enrique Choc Max<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Juan Salam Rax<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Kendell Day & Danielle Baussan<br>c/o Tobin O'Connor & Ewing<br>5335 Wisconsin Avenue, NW Suite 700<br>Washington, DC 20015-2056 |
| Kia Motors Finance<br>10550 Talbert Ave<br>Fountain Valley, CA 92708-6031 | Kia Motors Finance<br>Attn: Bankruptcy<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | Laura Margulies<br>1680 E. Gude Drive Suite 200<br>Rockville, MD 20850-1371 |
| Laura Margulies, Trustee<br>For the Estate of Botanical Decorators,<br>1680 E. Gude Drive, Suite 200<br>Rockville, MD 20850-1371 | Laura Margulies, Trustee<br>For the Estate of CJ Cahill Design Build<br>1680 E. Gude Drive, Suite 200<br>Rockville, MD 20850-1371 | Mark Gilday, Esq.<br>BBS&G<br>7315 Wisconsin Avenue Suite 800 West<br>Bethesda, MD 20814-3202 |
| Michelle and Robert Labelle<br>9893 Windy Hollow Rd<br>Great Falls, VA 22066-3552 | Nvr Mortgage<br>Attn: Bankruptcy<br>555 Southpointe Blvd<br>Ste 300<br>Canonsburg, PA 15317-8592 | Oscar Orlando Martinez Ortiz<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| Otto Rene Esquivel Perez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Patrick James McCusker<br>220 Virginia Ave.<br>Alexandria, VA 22302-2906 | Pennymac Loan Services, LLC<br>Attn: Correspondence<br>Unit PO Box 514387<br>Los Angeles, CA 90051-4387 |
| Pennymac Loan Services, LLC<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | Pentagon Federal Cr Un<br>PO Box 1432<br>Alexandria, VA 22313-1432 | Pentagon Federal Credit Union<br>6191 N State Highway 161<br>Irving, TX 75038-2246 |
| (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 | Richard Cahill<br>13312 Drew Lane<br>Potomac, MD 20854-1033 | Sandy Spring Bank<br>Attn: Diana Wigginton, VP<br>6831 Benjamin Franklin Drive<br>Columbia, MD 21046-2633 |

| | | |
|---|---|---|
| Sandy Spring Bank c/o Diana Wigginton<br>6831 Benjamin Franklin Drive<br>Columbia MD 21046-2633 | Sebastian Marvin Salam Chub<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Select Portfolio Servicing, Inc<br>10401 Deerwood Park Blvd<br>Jacksonville, FL 32256-0505 |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Servio Urrea Ochoa<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Shannon and Scott Forchhieimer<br>6808 Millwood Road<br>Bethesda, MD 20817-6060 |
| Sheffield Financial<br>PO Box 849<br>Wilson, NC 27894-0849 | SiteOne Landscape Supply<br>300 Colonial Center Pkwy<br>Suite 550<br>Roswell GA 30076-4957 | St Dpt Fcu<br>1630 King St<br>Alexandria, VA 22314-2763 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Steve Lamontagne<br>1000 Murphy Drive<br>Great Falls, VA 22066-1935 | Synchrony Bank/Tjx<br>Attn: Bankruptcy Dept<br>PO Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/Tjx<br>PO Box 965015<br>Orlando, FL 32896-5015 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste. L-15<br>Rockville, MD 20850-4188 | Truist Bank<br>Attn: Bankruptcy Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmond, VA 23285-5092 |
| Truist Bank<br>PO Box 580223<br>Charlotte, NC 28258-0223 | Truist Bank<br>PO Box 849<br>Wilson, NC 27894-0849 | U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 |
| Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>PO Box 3<br>Hillsboro, OR 97123-0003 | Volvo Car Financial Services<br>Attn: Bankruptcy<br>PO Box 91300<br>Mobile, AL 36691-1300 | Volvo Car Financial Sv<br>1 Volvo Dr<br>Rockleigh, NJ 07647-2507 |
| Volvo Financial Services<br>P.O. Box 91614<br>Mobile, AL 36691-1614 | Walter Alexander Granados Rodriguez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Dr<br>Raleigh, NC 27607-5066 |
| Wells Fargo Dealer Services<br>PO Box 71092<br>Charlotte, NC 28272-1092 | William P. McGrath, Jr., Esq.<br>Kalbian Hagerty LLP<br>888 17th Street, NW Suite 1200<br>Washington, DC 20006-3320 | Andy Werner Jr.<br>6 Montgomery Village Avenue, #200<br>Gaithersburg, MD 20879-3548 |
| Christopher John Cahill<br>13312 Drew Lane<br>Potomac, MD 20854-1033 | Dylan French<br>c/o Bregman, Berbert, Schwartz, & Gilday<br>7315 Wisconsin Ave.<br>Suite 800 West<br>Bethesda, MD 20814-3217 | James M. Hoffman<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Ste 1000 W<br>Bethesda, MD 20814-6527 |

| | | |
|---|---|---|
| Jeffrey M. Orenstein<br>Wolff & Orenstein, LLC<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, MD 20850-7203 | Justin Philip Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | Laura J. Margulies<br>Laura Margulies, Trustee<br>401 North Washington Street<br>Suite 500<br>Rockville, MD 20850-1789 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | Robert and Michelle LaBelle<br>c/o Paul Sweeney, Esquire<br>YVS Law, LLC<br>11825 W. Market Place<br>2nd Floor<br>Fulton, MD 20759-2592 | Scott and Shannon Forchheimer<br>6808 Millwood Road<br>Bethesda, MD 20817-6060 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>PO Box 10566<br>Birmingham, AL 35296-0001 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citizens Bank<br>480 Jefferson Blvd<br>Warwick, RI 02886-1359 |
| (d)Citizens Bank<br>Attention: ROP-15B<br>1 Citizens Dr<br>Riverside, RI 02915-3026 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | (d)JPMCB Card Services<br>PO Box 15369<br>Wilmington, DE 19850 |
| (d)Jpmcb Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Pentagon Federal Credit Union<br>POB 1432 MORTGAGE SERVICES<br>Alexandria, VA 22313 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BFS Operations, LLC | (u)Volvo Car Financial Services US, LLC | (u)Botanical Decorators, Inc.<br>INVALID ADDRESS PROVIDED |
| (u)CJ Cahill Design Build, Inc.<br>INVALID ADDRESS PROVIDED | (u)Gateway One Lending & Finance<br>INVALID ADDRESS PROVIDED | (u)Nvr Mortgage<br>INVALID ADDRESS PROVIDED |
| (u)Sheffield Financial<br>INVALID ADDRESS PROVIDED | (u)Patrick McCusker | (u)Richard Cahill |

**End of Label Matrix**
Mailable recipients    95
Bypassed recipients     9
Total                 104