| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-16223<br>District of Maryland<br>Greenbelt<br>Thu Apr  4 10:49:02 EDT 2024 | Botanical Decorators, Inc.<br>P.O. Box 60833<br>Potomac, MD 20859-0833 | Johnson Family Enterprises, LLC<br>c/o Catherine Keller Hopkin, Esquire<br>YVS Law, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401-7582 |
| Sandy Spring Bank<br>Henry & O'Donnell, P.C.<br>c/o Kevin M.O'Donnell<br>300 N. Washington St., Ste. 204<br>Alexandria, VA 22314-2530 | US Trustee - Greenbelt 11<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | AFS Geo Consultants, LLC<br>7820 Lakeland Valley Drive<br>Springfield, VA 22153-4105 |
| Acme Biomass Reduction Inc. d/b/a Pogo T<br>17328 Georgia Avenue<br>Olney, MD 20832-2432 | Alan Kirschenbaum<br>3211 Rowland Pl., NW<br>Washington, DC 20008-3224 | Amwins Connect Administrators<br>P.O. Box 64802<br>Baltimore, Maryland 21264-4802 |
| Anil Nathan<br>407 Deer Meadow Lane<br>Rockville, MD 20850-5824 | Anne and Michael Donohoe<br>6106 Edgewood Terrace<br>Alexandria, VA 22307-1125 | Arturo Esquivel<br>Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| Autumn and Jim Vandehei<br>418 West Braddock Road<br>Alexandria, VA 22302-4209 | Bank of America<br>Attn: Bankruptcy Department<br>475 Cross Point Parkway P.O. Box 9000<br>Getzville, NY 14068-9000 | Banner Life Insurance Company<br>3275 Bennett Creek Avenue<br>Frederick, Maryland 21704-7608 |
| Barbara Sable<br>9601 Hall Road<br>Potomac, MD 20854-4344 | Barbara Silverstein<br>3211 Rowland Place NW<br>Washington, DC 20008-3224 | Barclays<br>P.O. Box 70378<br>Philadelphia, PA 19176-0378 |
| Bellwether Insurance Partners LLP<br>50 Citizens Way<br>Suite 204<br>Frederick, MD 21701-6024 | Bill and Lisa McGlone<br>4521 32nd Road N.<br>Arlington, VA 22207-4466 | Bob and Jessica Cronin<br>3205 Woodbine Street<br>Chevy Chase, MD 20815-3929 |
| Brian Hahn<br>18515 Yarnbrooke Place<br>Olney, MD 20832-1878 | Brian Seigle<br>519 Canterbury Land<br>Alexandria, VA 22314-4747 | Bruce McCulloch<br>206 Lloyds Lane<br>Alexandria, VA 22302-3707 |
| CJC and Assoc. T/A  Botanical Decor 401(k) P<br>1335 East- West Highway, Suite 200<br>Silver Spring, MD 20910-6253 | Caren Glassman<br>10300 Crown Point Court<br>Potomac, MD 20854-3901 | Carlos Cardona<br>5826 Humblebee Road<br>Columbia, MD 21045-3505 |
| Carlos Roberto Cardona Palencia<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Carolyn and Jamie Butler<br>5053 Glenbrook Terrace NW<br>Washington, DC 20016-2602 | Catherine and Richard Singleton<br>7109 44th Street<br>Chevy Chase, MD 20815-6038 |

| | | |
|---|---|---|
| Chad and Murrell<br>9524 Mount Vernon Landing<br>Alexandria, VA 22309-3223 | Charles and Kristin Gorelik<br>1900 Pimmit Drive<br>Falls Church, VA 22043-1111 | Chris and Katie Grasso<br>407 Virginia Avenue<br>Alexandria, VA 22302-2910 |
| Christopher Cahill<br>13312 Drews Lane<br>Potomac, MD 20854-1033 | Christopher and Richard Cahill<br>13312 Drews Lane<br>Potomac, MD 20854-1033 | Claire and David Patenaude<br>1505 North Gate Road<br>Washington, DC 20012-1219 |
| Colleen Broulette<br>7724 Lee Avenue<br>Alexandria, VA 22308-1003 | Comcast<br>PO Box 70219<br>Philadelphia, PA 19176-0219 | Comcast Corporation<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2899 |
| Commonwealth of Virginia<br>Virginia Workers Compensation Commission<br>333 E. Franklin Street<br>Richmond, VA 23219-2213 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | Dana and Tom Lawson<br>14008 Triadelphia Road<br>Glenelg, MD 21737-9731 |
| Daniels, Newman & Armstrong<br>2729 Eva Court<br>Bethlehem, GA 30620-7639 | Danine and Brian Gray<br>2076 Maidstone Farm Road<br>Annapolis, MD 21409-6053 | David Schwarz<br>1732 Willard Street NW<br>Washington, DC 20009-1719 |
| David and Jacqui Weisman-Michel<br>212 S. Fairfax Street<br>Alexandria, VA 22314-3304 | Dede and Jim Schumacher<br>9113 Potomac Station Lane<br>Potomac, MD 20854-3906 | Don and Debbie Milder<br>18606 Reliant Drive<br>Gaithersburg, MD 20879-5422 |
| Duman H. Gonzalez Hernandez<br>2105 Guilford Road, Apt. 301<br>Hyattsville, MD 20783-4114 | Duman H. Gonzalez Hernandez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Edwin F. Salam Chub<br>2204 Phelps Road, Apt. 203<br>Hyattsville, MD 20783-4449 |
| Edwin F. Salam Chub<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Emily Goetzman<br>10300 Crown Point Court<br>Potomac, MD 20854-3901 | Erie Indemnity Co. d/b/a Erie Insurance<br>100 Erie Place<br>Erie, PA 16530-0001 |
| Ernest Maier, Inc.<br>4700 Annapolis Road<br>Bladensburg, MD 20710-1292 | Express Lanes<br>P.O. Box 23530<br>Alexandria, VA 22304-0531 | Express Lanes<br>c/o JP Morgan Chase Bank, N.A.<br>P.O. Box 28148<br>New York, NY 10087-8148 |
| Exterior Design, Inc. d/b/a The Perennia<br>12017 Glen Arm Road<br>Glen Arm, MD 21057-9454 | Fabricio and Paola Longhin<br>2962 Chain Bridge Road<br>Washington, DC 20016-3408 | False Alarm Reduction Section<br>Department of Police<br>PO Box 83399<br>Gaithersburg, Maryland 20883-3399 |

| | | |
|---|---|---|
| Fidel A. Bruno<br>Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Group Benefits Services, Inc. d/b/a Amwi<br>6 North Park Drive, Suite 310<br>Cockeysville, MD 21030-1821 | Hanover Farms Inc.<br>13262 Spring Road<br>Rockville, VA 23146-1502 |
| Hershell Kleinberg-Lisa Cohen<br>4555 Magnolia Manor Way<br>Alexandria, VA 22312-1400 | Hugo Antonio Melgar<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Hugo Melgar<br>3942 Bel Pre Road, Apartment #3<br>Silver Spring, MD 20906-2835 |
| Incorp<br>3773 Howard Hughes Parkway<br>Suite 500S<br>Las Vegas, Nevada 89169-6014 | Isai Vargas Castello<br>382 North Summit Avenue Apt. 101<br>Gaithersburg, MD 20877-3112 | Isai Vargas Castello<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| JK Enterprise Landscape Supply, LLC<br>15900 Lee Highway<br>Centreville, VA 20120-2137 | JK Enterprise Landscape Supply, LLC<br>PO Box 80<br>Clifton, VA 20124-0080 | JP and Bird Bishop<br>11222 Kinsale Court<br>Ellicott City, MD 21042-6132 |
| Jack T. Irwin Supply Inc.<br>601 East Gude Drive<br>Rockville, MD 20850-1327 | Jacob Vogelstein<br>4317 Murdock Mill Road NW<br>Washington, DC 20016-4533 | James Rutledge<br>6104 Landon Lane<br>Bethesda, MD 20817-6620 |
| Jason and Shelly Stoneman<br>4404 20th Road N<br>Arlington, VA 22207-2345 | Jay Hess<br>2300 N. Nottingham Street<br>Arlington, VA 22205-3343 | Jennifer and Tim Adams<br>7001 Benjamin Street<br>Mc Lean, VA 22101-1550 |
| Jessica and Bob Einhorn<br>2861 Brandywine Street NW<br>Washington, DC 20008-2164 | Jin and Jen Shank<br>10819 Avonlea Ridge Place<br>Damascus, MD 20872-1840 | Joe Williams<br>7404 Meadow Lane<br>Chevy Chase, MD 20815-5008 |
| Joe and Corry Rodgers<br>4111 Stanford Street<br>Chevy Chase, MD 20815-5213 | Joe and Mary Alexandre<br>502 Lloyds Lane<br>Alexandria, VA 22302-3713 | John and Elizabeth Siegle<br>214 W. Alexandria Avenue<br>Alexandria, VA 22302-4201 |
| John and Liza Marshall<br>2304 N. Nottingham Street<br>Arlington, VA 22205-3343 | Johnson Family Enterprises LLC<br>PO Box 341207<br>Bethesda, MD 20827-1207 | Joseph and Julie Markoski<br>210 Woodland Terrace<br>Alexandria, VA 22302-2913 |
| Juan Antonio Gonzalez-Hernandez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Juan Enrique Choc Max<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Juan Gonzalez-Hernandez<br>2105 Guilford Road, Apt. 301<br>Hyattsville, MD 20783-4114 |

| | | |
|---|---|---|
| Juan Salam Rax<br>2204 Phelps Road, Apt. 203<br>Hyattsville, MD 20783-4449 | Juan Salam Rax<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Judith and Richard Morrissey<br>2723 N Street NW<br>Washington, VA 20007-3324 |
| Julia and Jacob Vogelstein<br>4317 Murdock Mill Road NW<br>Washington, DC 20016-4533 | Julia and Joe Markoski<br>210 Woodland Terrace<br>Alexandria, VA 22302-2913 | Julio Cesar Portillo Hernadez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| Julio Portillo Hernadez<br>5826 Humblebee Rd<br>Columbia, MD 21045-3505 | Karen and John Walker<br>1101 Finley Lane<br>Alexandria, VA 22304-1953 | Kelly and Ed Donovan<br>911 Vicar Lane<br>Alexandria, VA 22302-3422 |
| Kelly and Edward Donovan<br>911 Vicar Lane<br>Alexandria, VA 22302-3422 | Kendall Day<br>5420 Sherier Place NW<br>Washington, DC 20016-2562 | Kendall Day & Danielle Baussan<br>5420 Sherier Place NW<br>Washington, DC 20016-2562 |
| Kevin and Tracy Durkin<br>3908 Seminary Road<br>Alexandria, VA 22304-1735 | Key Sanitation Incorporated<br>PO Box 163<br>Dickerson, Maryland 20842-0163 | Kristen and Peter Chadwick<br>601 President Ford Lane<br>Alexandria, VA 22302-3033 |
| Kurk and Kristen Blaylock<br>609 West Braddock Road<br>Alexandria, VA 22302-4104 | Lauren Maddox<br>913 St Stephens Road<br>Alexandria, VA 22304-1724 | Lucy Tschetter<br>3708 South 8th Street<br>Arlington, VA 22204-1528 |
| Malicia and John Kromer<br>2600 Russell Road<br>Alexandria, VA 22301-1540 | Maryland Department of Labor<br>Div. of Labor & Industry<br>10946 Golden West Drive<br>Suite 160<br>Hunt Valley, Maryland 21031-1308 | Maryland Department of Labor<br>Division of Occupational<br>and Professional Licensing<br>1100 N Eutaw Street<br>Room 300<br>Baltimore, Maryland 21201-2226 |
| Maryland Department of Labor<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street<br>Room 404<br>Baltimore, Maryland 21201-2226 | Maryland Department of Transportation<br>6601 Ritchie Highway, N.E.<br>Glen Burnie, Maryland 21062-1000 | (p)MARYLAND TRANSPORTATION AUTHORITY<br>2310 BROENING HIGHWAY<br>BALTIMORE MD 21224-6673 |
| Menda Fife<br>4910 Loughboro Road<br>Washington, DC 20016-3457 | Meredith and Andrew Reinsdorf<br>7613 Woodridge Circle<br>Alexandria, VA 22308-1060 | Missy and Marc Isakowitz<br>3198 Pond Mist Way<br>Herndon, VA 20171-1905 |
| Montgomery County Sanitation<br>P.O. Box 115<br>Dickerson, MD 20842-0115 | Morgan Washburn<br>168 West Hall Street<br>Bel Air, MD 21014-2834 | Nancy O'Connor<br>4004 Rosemary Street<br>Chevy Chase, MD 20815-5222 |

```
Nancy and Steven Smith              Nazia Karimi                        Nick and Stephanie Nucci
701 South Royal Street              5817 Doyle Road                     16032 Fields End Court
Alexandria, VA 22314-4309           Clifton, VA 20124-1308              Woodbine, MD 21797-7542


Oscar Orlando Martinez Ortiz        Oscar Orlando Martinez Ortiz        Otto Rene Esquivel Perez
8757 Georgia Avenue, Suite 400      c/o Michael K. Amster, Esq.         8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738        8757 Georgia Avenue, Ste. 400       Silver Spring, MD 20910-3738
                                    Silver Spring, MD 20910-3738


Otto Rene Esquivel Perez            PAM  VA DOT                         Patrick and Amber Tofilon
c/o Michael K. Amster, Esq.         PO Box 500                          4841 Langdrum Lane
8757 Georgia Avenue, Ste. 400       Horseheads, NY 14845-0500           Chevy Chase, MD 20815-5412
Silver Spring, MD 20910-3738


Patrick and Stacia Collins          Phil and Dawn Garrett               Potomac Pure Water Inc. d/b/a Endless Wa
c/o Bean, Kinney & Korman, P.C.     1416 Janneys Lane                   7901 Beechcraft Avenue, Suite 5
Attn: Andrea C. Davison             Alexandria, VA 22302-3807           Gaithersburg, MD 20879-1582
2311 Wilson Boulevard, 5th Floor
Arlington, VA 22201-5422


Potters Potties LLC                 Ramirez Fence, LLC                  Rentals Unlimited, Inc.
2329 Hoffman Circle                 41141 John Mosby Highway            14925 Southlawn Lane
Warrenton, VA 20187-7808            Aldie, VA 20105-2303                Rockville, MD 20850-1322


Robert and Michelle LaBelle         Sams Creek Construction             Sandy Spring Bank
9893 Windy Hollow Road              2810 Sams Creek Road                17801 Georgia Avenue
Great Falls, VA 22066-3552          New Windsor, MD 21776-8009          Olney, MD 20832-2267


Sandy Spring Bank                   Sebastian Marvin Salam Chub         Sebastian Marvin Salam Chub
Attn: Diana Wigginton, VP           2204 Phelps Road, Apt. 203          c/o Michael K. Amster, Esq.
6831 Benjamin Franklin Drive        Hyattsville, MD 20783-4449          8757 Georgia Avenue, Ste. 400
Columbia, MD 21046-2633                                                 Silver Spring, MD 20910-3738


Servio Urrea Ochoa                  Servio Urrea Ochoa                  Shannon and Mike Dubke
8757 Georgia Avenue, Suite 400      c/o Michael K. Amster, Esq.         7707 Ridgecrest Drive
Silver Spring, MD 20910-3738        8757 Georgia Avenue, Ste. 400       Alexandria, VA 22308-1052
                                    Silver Spring, MD 20910-3738


Shannon and Scott Forchheimer       Site One Supply LLC                 Stadler Garden Centers, Inc.
6808 Millwood Road                  7913 Cessna Ave F                   5504 Mt. Zion Road
Bethesda, MD 20817-6060             Gaithersburg, MD 20879-4139         Frederick, MD 21703-4500


Stadler Garden Centers, Inc.        Stadler Nursery                     State of Maryland DLLR
P.O. Box 11                         6815 Olney Laytonsville Road        Division of Unemployment Insurance
Braddock Heights, Maryland 21714-0011  Gaithersburg, MD 20882           1100 N. Eutaw Street, Room 401
                                                                        Baltimore, MD 21201-2226
```

| | | |
|---|---|---|
| Stephen LaMontagne<br>888 17th Street, NW, Suite 1200<br>Washington, DC 20006-3320 | Steve Lamontagne<br>1000 Murphy Drive<br>Great Falls, VA 22066-1935 | Sussan Corcoran-Early<br>616 S Fairfax Street<br>Alexandria, VA 22314-3834 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TNT Environmental, Inc.<br>4455 Brookfield Corporate Drive,<br>Suite 100<br>Chantilly, VA 20151-1670 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste. L-15<br>Rockville, MD 20850-4188 |
| Taylor and Charlotte Chess<br>5111 Brookridge Place<br>Fairfax, VA 22030-4506 | Teri A. Manolio<br>6004 Melvern Drive<br>Bethesda, MD 20817-2512 | Teri Manolio<br>6004 Melvern Drive<br>Bethesda, MD 20817-2512 |
| The Perennial Farm<br>12017 Glen Arm Road<br>Glen Arm, Maryland 21057-9454 | The Retirement Advantage, Inc.<br>11408 Cronridge Drive, Suite 1<br>Owings Mills, MD 21117-2237 | Thomas and Dana Lawson<br>14008 Triadelphia Rd<br>Glenelg MD 21737-9731 |
| Thu and Attticus Weller<br>1216 Morningside Lane<br>Alexandria, VA 22308-1041 | Timur Tunador<br>6426 79th Street<br>Cabin John, MD 20818-1613 | Tom and Carla Crawford<br>601 Lloyds Lane<br>Alexandria, VA 22302-3716 |
| Tom and Kerri Morey<br>11724 Wood Thrush Lane<br>Potomac, MD 20854-1442 | TriStar Electric, Inc.<br>2979 Jessup Road<br>Jessup, MD 20794-9724 | Tropical Treehouse Inc.<br>501 Courthouse Road<br>Richmond, VA 23236-3114 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | U.S. Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416-0002 |
| United States Department of Labor EBSA WDO<br>1335 East-West Highway, Suite 200<br>Silver Spring, MD 20910-6253 | Universal Consulting Services, Inc. d/b/<br>3975 Fair Ridge Drive<br>Fairfax, VA 22033-2951 | VA Dept. of Transportation (EZPass VA)<br>1401 E. Broad Street<br>Richmond, VA 23219-2000 |
| Vicki Star<br>9805 Woodford Road<br>Potomac, MD 20854-5033 | Volvo Financial Services<br>P.O. Box 91300<br>Mobil, AL 36691-1300 | Vonage America, LLC<br>23 Main Street<br>Holmdel, NJ 07733-2136 |
| WM. E. Babikow Sons, Inc.<br>7838?Babikow?Road<br>Rosedale, MD 21237 | Walnut Spring Nursery, Inc.<br>14812 Burntwoods Road<br>Glenwood, MD 21738-9605 | Walter Alexander Granados Rodriguez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |

| | | |
|---|---|---|
| Walter Alexander Granados Rodriguez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | William P. McGrath, Jr.<br>888 17th Street, NW, Suite 1200<br>Washington, DC 20006-3320 | James Hoffman<br>4800 Montgomery Lane<br>Bethesda, MD 20814-3429 |
| Larry Strauss Esq.<br>CPA & Associates, Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209-2611 | Laura J. Margulies<br>Laura Margulies, Trustee<br>401 North Washington Street<br>Suite 500<br>Rockville, MD 20850-1789 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |
| Nick Arrington<br>N. T. Arrington<br>P.O. Box 738<br>Gainesville, VA 20156-0738 | Scott and Shannon Forchheimer<br>6808 Millwood Road<br>Bethesda, MD 20817-6060 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Maryland Transportation Authority<br>PO Box 12853<br>Philadelphia, PA 19176 | T-Mobile<br>P.O. Box 53410<br>Bellevue, WA 98015 |
| (d)T-Mobile<br>PO Box 629025<br>El Dorado Hills, CA 95762 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Volvo Car Financial Services US, LLC | (u)Beau and Carrie Schuyler<br>INVALID ADDRESS PROVIDED | (u)Land Engineering, PLC<br>INVALID ADDRESS PROVIDED |

End of Label Matrix
Mailable recipients   187
Bypassed recipients     3
Total                 190