The Trustee is directed, within 10 days, to file a copy of the settlement agreement and upload a new proposed order that references the settlement agreement but does not say the agreement is attached to the motion.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No: 22-16223 MCR |
| Debtor | * | (Chapter 7) |

| | | |
|---|---|---|
| In re: | * | |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., et al. | * | |
| Plaintiffs | * | Adv. Proc. No. 23-00287 MCR |
| v. | * | |
| CHRISTOPHER JOHN CAHILL, et al. | * | |
| Defendants | * | |

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
| Debtor | * | |

(NOT AN ORDER)

1

# ORDER GRANTING MOTION
## BY CHAPTER 7 TRUSTEE FOR APPROVAL OF COMPROMISE OF CLAIMS

UPON CONSIDERATION of the Motion ("Motion") by Laura J. Margulies, Chapter 7 Trustee for Approval of the Settlement and Compromise of Claims against Christohpher John Cahill and Richard Cahill (the "Defendants"), and it appearing that the Notice of the Motion was properly served; and good cause otherwise having been shown for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is GRANTED as set forth herein; and it is further

**ORDERED,** that the settlement and compromise of claims against the Defendants upon the terms and conditions set forth in the Motion and the Settlement Agreement dated March 22, 2024, attached thereto, are hereby approved such that the Trustee is authorized to receive from the Defendants the sum of Seventy-Five Thousand Five Hundred and 00/100 Dollars ($75,500.00) from the Debtor's non-exempt portion of his 401(k); the payment shall be made payable to "Laura J. Margulies, Trustee" and delivered to: Laura J. Margulies, Trustee at 401 N. Washington Street, Suite 500, Rockville, MD 20850; and it is further

**ORDERED,** that upon payment of all sums owed hereunder by the Defendants, the Bankruptcy Estate releases any and all claims that it holds against Defendants; and it is further

**ORDERED,** that the Settlement Agreement is hereby incorporated, but not merged, into this Order; and it is further

**ORDERED**, that the Trustee is authorized to take any and all actions to complete the administration of the Estate.

Copies:

Laura J. Margulies, Chapter 7 Trustee
401 N. Washington St, Suite 500
Rockville, MD 20850

James M. Hoffman, Esq.
Offit Kurman, P.A
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

Maurice Belmont VerStandig
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

**\*\* END OF ORDER \*\***

4885-3789-4065, v. 4

