Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW
Suite 50
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER JOHN CAHILL,<br><br>Debtor. | No. 22-16740-MCR<br><br>Chapter 7 |

**LINE ATTACHING CONSENT ORDER SUSTAINING IN PART, AND
OVERRULING IN PART, OBJECTION TO DEBTOR'S AMENDED
CLAIM OF EXEMPTION OF PROPERTY OF THE DEBTOR'S ESTATE**

To the Clerk:

Attached hereto as Exhibit A, please find a Consent Order Sustaining in Part, and Overruling in Part, Objection to Debtor's Amended Claim of Exemption of Property of the Debtor's Estate (the "Consent Order"). The Consent Order is the byproduct of a compromise between Christopher Cahill (the "Debtor") and Laura J. Margulies, the Chapter 7 Trustee herein (the "Trustee"). The Consent Order has been reviewed – and approved – by counsel for the Debtor and the Trustee.

**[SIGNATURES ON FOLLOWING PAGE]**

1

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*


READ AND CONSENTED TO:


/s/ James M. Hoffman (signed w/ express permission)
James M. Hoffman, Esq.
Bar No. 04914
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Tel.: (240) 507-1710
Fax: (240) 507-1735
*Counsel for the Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Leah Christina Freedman    bankruptcy@bww-law.com, leah.freedman@bww-law.com
- James M. Hoffman    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- Lawrence A. Katz    lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com;aklena@hirschlerlaw.com;ndysart@hirschlerlaw.com
- Michael J. Klima    bankruptcy@peroutkalaw.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- Laura J. Margulies    trustee@law-margulies.com, lmargulies@ecf.axosfs.com
- John McKenna    jackmckenna@asm-law.com
- Gregory Christopher Mullen    bankruptcy@bww-law.com, gregory.c.mullen@gmail.com
- Jason S. Ordene    jordene@bregmanlaw.com, mgomes@wtplaw.com
- Jeffrey M. Orenstein    jorenstein@wolawgroup.com
- Daniel J. Pesachowitz    dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- Richard M. Sissman    RSissmanesq@his.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.