Entered: June 10th, 2024
Signed: June 7th, 2024
**SO ORDERED**



_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re:<br><br>CHRISTOPHER JOHN CAHILL,<br><br>Debtor. | No. 22-16740-MCR<br><br>Chapter 7 |

**CONSENT ORDER SUSTAINING IN PART, AND
OVERRULING IN PART, OBJECTION TO DEBTOR'S AMENDED
CLAIM OF EXEMPTION OF PROPERTY OF THE DEBTOR'S ESTATE**

Upon consideration of the Objection to Debtor's Amended Claim of Exemption of Property of the Debtor's Estate (the "Objection," as found at DE #68) filed by Laura J. Margulies, the Chapter 7 Trustee herein (the "Trustee"), the opposition of Christopher Cahill thereto (the "Opposition," as found at DE #81), the consent of the Trustee and Mr. Cahill to the relief granted herein, the record in this case, and controlling law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Objection is OVERRULED except as expressly set forth herein; and it is further

1

ORDERED, that all assets of Mr. Cahill, as listed on Schedule A/B at Docket Entry #65 ("Schedule A/B"), are adjudicated to be fully and properly exempt, except as expressly set forth herein; and it is further

ORDERED, that Seventy Five Thousand Dollars and No Cents ($75,000.00) of the 401(k) account denoted on line 21 of Schedule A/B is adjudicated to be non-exempt and an asset of the Debtor's estate, with the residue of said 401(k) account being exempt in nature.

SEEN AND AGREED:

AS TRUSTEE ONLY AND NOT IN AN INDIVIDUAL CAPACITY

By: /s/ Laura J. Margulies
     Laura J. Margulies, Chapter 7 Trustee
     401 N. Washington Street, Suite 500
     Rockville, MD 20850

AS COUNSEL ONLY FOR THE DEBTOR

By: /s/ Maurice B. VerStandig
     Maurice B. VerStandig
     1050 Connecticut Avenue NW, Suite 500
     Washington, DC 20036

I HEREBY CERTIFY that the terms of the copy of the forgoing submitted to the Court are identical to those set forth in the original and the signatures represented by the /s/_____ on the copy of the forgoing submitted to the Court reference the signatures of consenting parties obtained on the original.

                                                /s/ James M. Hoffman
                                                James M. Hoffman

Copies:

Laura J. Margulies, Chapter 7 Trustee
401 N. Washington St, Suite 500
Rockville, MD 20850

James M. Hoffman, Esq.
Offit Kurman, P.A
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

Maurice Belmont VerStandig
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

**\*\* END OF ORDER \*\***

4879-8879-0982, v. 1