United States Bankruptcy Court
District of Maryland

In re:  Case No. 22-16740-MCR
Christopher John Cahill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

**Recip ID    Recipient Name and Address**
db    + Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

**Name    Email Address**

Corinne Donohue Adams
    cadams@yvslaw.com
    cadams@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,r39990@notify.bestcase.com

Daniel J. Pesachowitz
    dpesacho@siwpc.com
    rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Gregory Christopher Mullen
    bankruptcy@bww-law.com gregory.c.mullen@gmail.com

James M. Hoffman
    jhoffman@offitkurman.com mmargulies@offitkurman.com

Jason S. Ordene
    jordene@bregmanlaw.com mgomes@wtplaw.com

Jeffrey M. Orenstein

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Jun 10, 2024 | Form ID: pdfparty | Total Noticed: 1

| | |
|---|---|
| | jorenstein@wolawgroup.com |
| John McKenna | jackmckenna@asm-law.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,mtaylor@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Laura J. Margulies | trustee@law-margulies.com lmargulies@ecf.axosfs.com,bkadmin@axosbank.com |
| Lawrence A. Katz | lkatz@hirschlerlaw.com chall@hirschlerlaw.com,aklena@hirschlerlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com bankruptcy@bww-law.com |
| Richard M. Sissman | RSissmanesq@his.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 16

Entered: June 10th, 2024
Signed: June 7th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re:<br><br>CHRISTOPHER JOHN CAHILL,<br><br>Debtor. | No. 22-16740-MCR<br><br>Chapter 7 |

### CONSENT ORDER SUSTAINING IN PART, AND
### OVERRULING IN PART, OBJECTION TO DEBTOR'S AMENDED
### <u>CLAIM OF EXEMPTION OF PROPERTY OF THE DEBTOR'S ESTATE</u>

Upon consideration of the Objection to Debtor's Amended Claim of Exemption of Property of the Debtor's Estate (the "Objection," as found at DE #68) filed by Laura J. Margulies, the Chapter 7 Trustee herein (the "Trustee"), the opposition of Christopher Cahill thereto (the "Opposition," as found at DE #81), the consent of the Trustee and Mr. Cahill to the relief granted herein, the record in this case, and controlling law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Objection is OVERRULED except as expressly set forth herein; and it is further

1

ORDERED, that all assets of Mr. Cahill, as listed on Schedule A/B at Docket Entry #65 ("Schedule A/B"), are adjudicated to be fully and properly exempt, except as expressly set forth herein; and it is further

ORDERED, that Seventy Five Thousand Dollars and No Cents ($75,000.00) of the 401(k) account denoted on line 21 of Schedule A/B is adjudicated to be non-exempt and an asset of the Debtor's estate, with the residue of said 401(k) account being exempt in nature.

SEEN AND AGREED:

AS TRUSTEE ONLY AND NOT IN AN INDIVIDUAL CAPACITY

By: /s/ Laura J. Margulies
     Laura J. Margulies, Chapter 7 Trustee
     401 N. Washington Street, Suite 500
     Rockville, MD 20850

AS COUNSEL ONLY FOR THE DEBTOR

By: /s/ Maurice B. VerStandig
     Maurice B. VerStandig
     1050 Connecticut Avenue NW, Suite 500
     Washington, DC 20036

I HEREBY CERTIFY that the terms of the copy of the forgoing submitted to the Court are identical to those set forth in the original and the signatures represented by the /s/_____ on the copy of the forgoing submitted to the Court reference the signatures of consenting parties obtained on the original.

                                            /s/ James M. Hoffman
                                            James M. Hoffman

Copies:

Laura J. Margulies, Chapter 7 Trustee
401 N. Washington St, Suite 500
Rockville, MD 20850

James M. Hoffman, Esq.
Offit Kurman, P.A
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

Maurice Belmont VerStandig
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

**\*\* END OF ORDER \*\***

4879-8879-0982, v. 1