**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

In re:                           )
                                 )
                                 )
Christopher John Cahill          )    Case No. 22-16740
                                 )
                                 )
                                 )

## NOTICE OF WITHDRAWAL OF CLAIM

On February 8th, 2023, the undersigned counsel, filed Claims no. 4-19.

The undersigned counsel hereby withdraws Claims No. 4-19 and authorizes the clerk of this court to reflect these withdrawals on the official claims register for the above referenced debtor.

Date: 6/14/24

Respectfully Submitted,

Michael K. Amster, Esq.
MD Bar No. 18339
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
Tel:(301) 587-9373
mamster@zagfirm.com

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on this day 14th of June 2024, a copy of the foregoing was served on this court's ECF system.

Respectfully submitted,

Michael K. Amster, Esq.
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
Tel:(301) 587-9373
mamster@zagfirm.com

*Counsel for Creditors.*