Entered: July 8th, 2024
Signed: July 3rd, 2024
**SO ORDERED**
No objection filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No:  22-16223 MCR |
| Debtor | * | (Chapter 7) |

| | | |
|---|---|---|
| In re: | * | |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., et al. | * * | |
| Plaintiffs | * | Adv. Proc. No.  23-00287 MCR |
| v. | * | |
| CHRISTOPHER JOHN CAHILL, et al. | * | |
| Defendants | * | |

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
| Debtor | * | |

### ORDER ON GRANTING TRUSTEE'S MOTION TO
### COMPEL DEBTOR TO TURNOVER PROPERTY OF THE ESTATE

Upon the Motion (the "Motion") by Laura J. Margulies, Chapter 7 Trustee (the "Trustee") to compel the Debtor to turnover property of the Estates of Botanical Decorators, Inc., CJ Cahill Design Build, Inc. and Christopher John Cahill, and any opposition thereto, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Motion be and is hereby GRANTED, and it is further

ORDERED that, within ten (10) days following the entry of this Order, the Debtor, Christopher John Cahill shall turnover to the Trustee the sum of Seventy-Five Thousand Five Hundred ($75,500.00) in certified funds from his non-exempt 401(k) retirement account and deliver it to Laura J. Margulies, Trustee at 401 N. Washington, Street, Suite 500, Rockville, MD 20850, and it is further

ORDERED that upon the Debtor's failure to comply with the terms of this Order, the Trustee may also seek appropriate sanctions for failure to comply with this Order.

cc:

Laura J. Margulies, Trustee
trustee@law-margulies.com

James M. Hoffman, Esq.
Jhoffman@offitkurman.com

**Maurice Belmont VerStandig**
mac@mbvesq.com

United States Trustee
USTPRegion04.GB.ECF@USDOJ.GOV

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

### END OF ORDER

4894-1217-8359, v. 3