United States Bankruptcy Court
District of Maryland

In re:                                                                                                                    Case No. 22-16740-MCR
Christopher John Cahill                                                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 08 2024 19:20:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corinne Donohue Adams | cadams@yvslaw.com<br>cadams@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,r39990@notify.bestcase.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: pdfparty | Total Noticed: 2 |

James M. Hoffman
    jhoffman@offitkurman.com  mmargulies@offitkurman.com

Jason S. Ordene
    jordene@bregmanlaw.com  mgomes@wtplaw.com

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John McKenna
    jackmckenna@asm-law.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura J. Margulies
    trustee@law-margulies.com  lmargulies@ecf.axosfs.com,bkadmin@axosbank.com

Lawrence A. Katz
    lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Amster
    mamster@zagfirm.com

Michael J. Klima
    bankruptcy@peroutkalaw.com

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Richard M. Sissman
    RSissmanesq@his.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 17

Entered: July 8th, 2024
Signed: July 3rd, 2024
**SO ORDERED**
No objection filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No: 22-16223 MCR |
| Debtor | * | (Chapter 7) |

___

| | | |
|---|---|---|
| In re: | * | |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., et al. | * * | |
| Plaintiffs | * | Adv. Proc. No. 23-00287 MCR |
| v. | * | |
| CHRISTOPHER JOHN CAHILL, et al. | * | |
| Defendants | * | |

___

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
| Debtor | * | |

___

**ORDER ON GRANTING TRUSTEE'S MOTION TO
COMPEL DEBTOR TO TURNOVER PROPERTY OF THE ESTATE**

Upon the Motion (the "Motion") by Laura J. Margulies, Chapter 7 Trustee (the "Trustee") to compel the Debtor to turnover property of the Estates of Botanical Decorators, Inc., CJ Cahill Design Build, Inc. and Christopher John Cahill, and any opposition thereto, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Motion be and is hereby GRANTED, and it is further

ORDERED that, within ten (10) days following the entry of this Order, the Debtor, Christopher John Cahill shall turnover to the Trustee the sum of Seventy-Five Thousand Five Hundred ($75,500.00) in certified funds from his non-exempt 401(k) retirement account and deliver it to Laura J. Margulies, Trustee at 401 N. Washington, Street, Suite 500, Rockville, MD 20850, and it is further

ORDERED that upon the Debtor's failure to comply with the terms of this Order, the Trustee may also seek appropriate sanctions for failure to comply with this Order.

cc:

Laura J. Margulies, Trustee
trustee@law-margulies.com

James M. Hoffman, Esq.
Jhoffman@offitkurman.com

**Maurice Belmont VerStandig**
mac@mbvesq.com

United States Trustee
USTPRegion04.GB.ECF@USDOJ.GOV

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

**END OF ORDER**

4894-1217-8359, v. 3