United States Bankruptcy Court
District of Maryland

In re:  Case No. 22-16740-MCR
Christopher John Cahill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Aug 21, 2024     Form ID: pdfparty     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |
| sp | + | James M. Hoffman, Offit Kurman, P.A., 7501 Wisconsin Ave, Ste 1000 W, Bethesda, MD 20814-6527 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Aug 21 2024 20:20:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Botanical Decorators, Inc., P.O. Box 60833, Potomac, MD 20859-0833 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

Corinne Donohue Adams

District/off: 0416-0 — User: admin — Page 2 of 2
Date Rcvd: Aug 21, 2024 — Form ID: pdfparty — Total Noticed: 3

| | |
|---|---|
| | cadams@yvslaw.com<br>cadams@yvslaw.com,jbeckman@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,r39990@notify.bestcase.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |
| James M. Hoffman | jhoffman@offitkurman.com  mmargulies@offitkurman.com |
| Jason S. Ordene | jordene@bregmanlaw.com  mgomes@wtplaw.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John McKenna | jackmckenna@asm-law.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Laura J. Margulies | trustee@law-margulies.com  lmargulies@ecf.axosfs.com,bkadmin@axosbank.com |
| Lawrence A. Katz | lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Amster | mamster@zagfirm.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com |
| Richard M. Sissman | RSissmanesq@his.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 17

Entered: August 21st, 2024
Signed: August 20th, 2024

**SO ORDERED**

No objection filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No:  22-16223 MCR |
| Debtor | * | (Chapter 7) |

_____

| | | |
|---|---|---|
| In re: | * | |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., et al. | * * | |
| Plaintiffs | * | Adv. Proc. No.  23-00287 MCR |
| v. | * | |
| CHRISTOPHER JOHN CAHILL, et al. | * | |
| Defendants | * | |

_____

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
| Debtor | * | |

_____

**REVISED ORDER GRANTING TRUSTEE'S
MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE**

Upon consideration of the Motion (the "Motion") to Revise Order to Compel Turnover of Property of the Estate to the Trustee entered on July 8, 2024 (DE 144) ("Turnover Order") filed by Laura J. Margulies, Chapter 7 Trustee (the "Trustee") to compel Christopher John Cahill, as Plan Administrator of the CJC & Associates, Inc. T/A Botanical Decorators 401(k) Plan, Group Annuity Contract No. 25850, to turnover non-exempt assets to the Trustee, and any opposition thereto, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Motion be and is hereby GRANTED, and it is further

ORDERED, that the Turnover Order is hereby revised so that the following language is substituted in place of the existing language within such Turnover Order:

"ORDERED that, within ten (10) days following the entry of this Order, Christopher John Cahill, as Plan Administrator of the CJC & Associates, Inc. T/A Botanical Decorators 401(k) Plan, Group Annuity Contract No. 25850 ("Plan"), shall cooperate with John Hancock Financial Insurance ("John Hancock") by completing, executing and returning any and all forms he receives from John Hancock within ten (10) days of receipt to cause turnover to the Trustee of Cahill the sum of Seventy-Five Thousand Five Hundred ($75,500.00) of non-exempt funds from the Plan and to deliver the said funds to Laura J. Margulies, Chapter 7 Trustee of Christopher J. Cahill, at 401 N. Washington, Street, Suite 500, Rockville, MD 20850;

ORDERED that upon the Plan's failure to timely comply with the terms of this Order, the Trustee may seek appropriate sanctions in the form of a Motion to Show Cause and seeking appropriate relief."

cc:

Laura J. Margulies, Trustee
trustee@law-margulies.com

James M. Hoffman, Esq.
Jhoffman@offitkurman.com

**Maurice Belmont VerStandig**
mac@mbvesq.com

United States Trustee
USTPRegion04.GB.ECF@USDOJ.GOV

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

Botanical Decorators, Inc.
P.O. Box 60833
Potomac, MD 20859

**END OF ORDER**

4894-8482-2740, v. 4