# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: CHRISTOPHER JOHN CAHILL<br><br>Debtor. | Case No. 22-16740-MCR |

## NOTICE TO COURT – ASSIGNMENT OF CLAIM

The Clerk, the Court and all Parties, pursuant to Fed. R. Bky. P. 3001(e)(4), please take notice that the First Savings Mortgage Corporation (FSMC) has acquired the Secured Claim (26-2) filed by Pentagon Federal Credit Union on April 21, 2023 (which amended Claim 26-1, filed April 12, 2023), as evidenced by the Corporate Assignment of Deed of Trust conveying the underlying Deed of Trust, which Deed of Trust is recorded in the land records of the District of Columbia in Instrument Number #2019035720. A copy of the Corporate Assignment is attached hereto as **Exhibit 1**. FSMC is the original lender and has reacquired all rights under the Deed of Trust, and required the original promissory note, which is in its possession, and which it is entitled to enforce under Md. Code, Comm. Law §§ 3-301 (Person entitled to enforce instrument) and 3-207 (Requisition).

Respectfully submitted,
**FIRST SAVINGS MORTGAGE CORPORATION**

Dated: October 10, 2024        By:   */s/ Bizhan Beiramee*
Bizhan Beiramee, Esq., VSB# 50918
BEIRAMEE LAW GROUP, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
bbeiramee@beiramee.com
(301) 547-3805
(703) 483-9599 Fax
*Counsel for First Savings Mortgage Corporation*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on October 10, 2024, a copy of the foregoing Notice was served via this Court's CM/ECF system upon the following parties:

**Corinne Donohue Adams** cadams@yvslaw.com, cadams@yvslaw.com; pgomez@yvslaw.com; v michaelides@yvslaw.com; yvslawcmecf@gmail.com; r39990@notify.bestcase.com

**Michael Amster** mamster@zagfirm.com

**Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com

**James M. Hoffman** jhoffman@offitkurman.com, mmargulies@offitkurman.com

**Nikita Rajendra Joshi** Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com

**Lawrence A. Katz** lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com

**Michael J. Klima** bankruptcy@peroutkalaw.com

**Lynn A. Kohen** lynn.a.kohen@usdoj.gov

**Laura J. Margulies** trustee@law-margulies.com, lmargulies@ecf.axosfs.com; bkadmin@axosbank.com

**John McKenna** jackmckenna@asm-law.com

**Gregory Christopher Mullen** bankruptcy@bww-law.com, gregory.c.mullen@gmail.com

**Jason S. Ordene** jordene@bregmanlaw.com, mgomes@wtplaw.com

**Jeffrey M. Orenstein** jorenstein@wolawgroup.com

**Daniel J. Pesachowitz** dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

**Richard M. Sissman** RSissmanesq@his.com

**US Trustee - Greenbelt** USTPRegion04.GB.ECF@USDOJ.GOV

**Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

I FURTHER CERTIFY, that on October 10, 2024, a copy of the foregoing Notice was served via regular U.S. Mail, postage prepaid upon the following persons:

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

Botanical Decorators, Inc.
P.O. Box 60833
Potomac, MD 20859

*/s/ Bizhan Beiramee*
Bizhan Beiramee