**EXHIBIT 1**

**When Recorded Return To:**
Pentagon Federal Credit Union
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **PENTAGON FEDERAL CREDIT UNION, WHOSE ADDRESS IS 6191 STATE HWY 161, IRVING, TX 75038**, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Deed of Trust with all interest secured thereby, all liens, and any rights due or to become due thereon to **FIRST SAVINGS MORTGAGE CORPORATION, WHOSE ADDRESS IS, 8484 WESTPARK DRIVE SUITE 900, MCLEAN, VA 22102, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Deed of Trust is dated 04/02/2019 and recorded on 04/09/2019 in the land records of the **District of Columbia** in **Instrument # 2019035720**, made by CHRISTOPHER CAHILL AND RICHARD CAHILL in trust to secure to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR FIRST SAVINGS MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, a certain real estate in said Deed of Trust described as:
LOT 0828 IN SQUARE 2089

Dated on __9__/__9__/2024 (MM/DD/YYYY)
**PENTAGON FEDERAL CREDIT UNION**

By: _____
Alan Baker
**VICE PRESIDENT**
All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on __9__/__9__/2024 (MM/DD/YYYY), by Alan Baker as VICE PRESIDENT of PENTAGON FEDERAL CREDIT UNION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Julie Martens
Notary Public - State of FLORIDA
Commission expires: 05/22/2026

JULIE MARTENS
NOTARY PUBLIC
STATE OF FLORIDA
COMM# HH 243030
EXPIRES: MAY 22, 2026

PFCAS 442342420 DOCR T092409-04:40:15 [PREP-1] FRMDC1

*D0108147262*