**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No. 22-16740 MCR (Chapter 7) |
| Debtor | * | |

_____

**NOTICE**

James M. Hoffman, Esq. of Offit Kurman, P.A., Special Counsel to Laura J. Margulies, Chapter 7 Trustee for the Bankruptcy Estate of Christopher John Cahill, hereby notifies this Court that effective January 1, 2025, his hourly rate shall increase to $650.00.

                                                          Respectfully Submitted,

Dated: January 10, 2025           */s/ James M. Hoffman*
                                          James M. Hoffman (Bar #04914)
                                          Offit Kurman, P.A.
                                          7501 Wisconsin Ave, Suite 1000W
                                          Bethesda, MD 20814
                                          Telephone: (240) 507-1710
                                          JHoffman@offitkurman.com
                                          *Attorney for Laura J. Margulies, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 10th day of January 2025, a copy of the foregoing Line was served electronically via this Court's CM/ECF system to the following parties:

- **Corinne Donohue Adams    cadams@yvslaw.com, cadams@yvslaw.com;jbeckman@yvslaw.com;pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com**
- **Michael Amster    mamster@zagfirm.com**
- **Bizhan Beiramee    bbeiramee@beiramee.com, e-filing@beiramee.com**
- **Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com**
- **James M. Hoffman    jhoffman@offitkurman.com, mmargulies@offitkurman.com**
- **Nikita Rajendra Joshi    Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com**
- **Lawrence A. Katz    lkatz@hirschlerlaw.com, chall@hirschlerlaw.com;aklena@hirschlerlaw.com**

1

- **Michael J. Klima**     bankruptcy@peroutkalaw.com
- **Lynn A. Kohen**     lynn.a.kohen@usdoj.gov
- **Laura J. Margulies**     trustee@law-margulies.com, lmargulies@ecf.axosfs.com;bkadmin@axosbank.com
- **John McKenna**     jackmckenna@asm-law.com
- **Gregory Christopher Mullen**     bankruptcy@bww-law.com, gregory.c.mullen@gmail.com
- **Jason S. Ordene**     jordene@bregmanlaw.com, mgomes@wtplaw.com
- **Jeffrey M. Orenstein**     jorenstein@wolawgroup.com
- **Daniel J. Pesachowitz**     dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- **Richard M. Sissman**     RSissmanesq@his.com
- **US Trustee - Greenbelt**     USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

And via regular U.S. Mail, postage prepaid to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

     */s/ James M. Hoffman*
James M. Hoffman

4937-5921-7422, v. 1