# EXHIBIT A

## DEED IN LIEU OF FORECLOSURE

THIS DEED, is made and entered into this 6th day of DECEMBER, 2024, by and between **RICHARD CAHILL, INDIVIDUAL AND LAURA J. MARGULIES, CHAPTER 7 TRUSTEE ("Trustee")** (Richard Cahill and Trustee are collectively, the "Grantor"), and **FIRST SAVINGS MORTGAGE CORPORATION**, a Virginia corporation, ("Grantee").

WITNESSETH:

WHEREAS, the Grantee is the holder of a note in the original principal amount of One Million Eighty Six Thousand and No/100th Dollars ($1,086,000.00) (the "Note"), secured by a certain deed of trust on the following described real estate, which deed of trust is dated April 2, 2019 and recorded on April 9, 2019 as Instrument Number 2019035720 among the land records of the District of Columbia (the "Deed of Trust") made by CHRISTOPHER CAHILL and RICHARD CAHILL; and

WHEREAS, on December 2, 2022, Christoper Cahill (the "Debtor"), an individual, filed a petition for relief under Chapter 7 of the United States Bankruptcy Court for the District of Maryland (the "Court"), as Case No. 22-16740;

WHEREAS, Trustee is the duly appointed and serving Chapter 7 Trustee for the bankruptcy estate (the "Estate") of the Debtor.

WHEREAS, this conveyance and other consideration are made in return for full and complete satisfaction of the Note secured by the above-mentioned Deed of Trust; and is made upon approval of the Court, with any deficiency being waived upon Court approval and conveyance hereby.

WHEREAS, the Grantee, upon receiving clear and marketable title, will market and sell the following described real estate upon terms and conditions as are satisfactory to the Grantee in its sole and absolute discretion; and

WHEREAS, Grantor acknowledges that this conveyance is freely and fairly made, that this deed is an absolute conveyance, that the real property is conveyed for fair and adequate consideration and that this deed is not intended as a mortgage, trust conveyance or security of any kind.

NOW THEREFORE, in consideration of the premises and the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged by the Grantor, the said Grantor does hereby grant, bargain, sell and convey with SPECIAL WARRANTY, unto the said Grantee, all of the property located in the District of Columbia and more particularly described as follows:

Being known and designated as more particularly described in Exhibit A.

Tax Map Number:    Lot 0828 Saure 2089

1

Property Address:  3401 Lowell St., NW, Washington DC 20016

AND BEING the same property conveyed to CHRISTOPHER CAHILL and RICHARD CAHILL by Deed from U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-AR9 who acquired title as U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK ONE, NATIONAL AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. CSFB MORTGAGE BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-AR9, dated October 8, 2018 and recorded November 2, 2018 as Instrument Number 2018109823, among the land records of the District of Columbia.

The land hereby conveyed is made expressly subject to any and all conditions, restrictions, agreements, easements and rights of way of record, insofar as they may be lawfully applicable to the property hereby conveyed, and to such; that they have done no act to encumber such land and that the Grantee shall have quiet possession of the same, free from all encumbrances.

SIGNATURES ON FOLLOWING PAGES

*[Signature Page for Deed in Lieu of Foreclosure]*

WITNESS the following signatures and seal:

GRANTOR:

_____
**RICHARD CAHILL**

State of  VIRGINIA

County of  FAIRFAX , to wit:

I, the undersigned Notary Public in and for the jurisdiction aforesaid, do hereby certify that **RICHARD CAHILL** whose name is signed to the foregoing Deed in Lieu of Foreclosure, dated this 6th day of DECEMBER, 2024, being personally well known to me (or satisfactorily identified) has acknowledged the same before me in my jurisdiction aforesaid.

Given under my hand and seal this 6th day of DECEMBER, 2024.

_____ (SEAL)
Notary Public  JENNIFER P. KADNAR

My commission expires: 8/31/2027

[Notary Seal: JENNIFER P. KADNAR, NOTARY PUBLIC, REG. # 7507846, MY COMMISSION EXPIRES 08/31/2027, COMMONWEALTH OF VIRGINIA]

3

*[Signature Page for Deed in Lieu of Foreclosure]*

WITNESS the following signatures and seal:

GRANTOR:

*Laura Margulies, Trustee*
LAURA J. MARGULIES,
CHAPTER 7 TRUSTEE


State of __Florida__
County of __Palm Beach__, to wit:


I, the undersigned Notary Public in and for the jurisdiction aforesaid, do hereby certify that **LAURA J. MARGULIES, CHAPTER 7 TRUSTEE,** whose name is signed to the foregoing Deed in Lieu of Foreclosure, dated this __24th__ day of __December__, 2024, being personally well known to me (or satisfactorily identified) has acknowledged the same before me in my jurisdiction aforesaid.

Given under my hand and seal this __24th__ day of __December__, 2024.

_____ (SEAL)
Notary Public


My commission expires: __07/06/27__

DYLAN BECERRA
Notary Public - State of Florida
Commission # HH 417895
My Comm. Expires Jul 6, 2027
Bonded through National Notary Assn.

4

EXHIBIT A

LEGAL DESCRIPTION

Part of Lots 13 and 14 in Square 2089 in a subdivision made by Thomas E. Waggaman of Block 3 of "Cleveland Heights", as per plat recorded in Liber County 7 at folio 59 among the Records of the Office of the Surveyor of the District of Columbia, described as follows:

BEGINNING for the same at the Southeast corner of said Lot 14 and running thence North along the West line of 34th Street, 105 feet; thence Westerly parallel with Lowell Street, 100 feet to the West line of said Lot 13, thence South along the West line of Lot 13, 20 feet to the Northwest corner of the parts of said Lots conveyed to Ernest F. Burchard by Deed dated July 14, 1915 and recorded in Liber 3802 at folio 466 among the Land Records of the District of Columbia; thence Last along the North line of the parts of said Lots so conveyed to Burchard, 60 feet to the Northeast corner of said Burchard's part of said lots; thence South along the Last line of said Burchard's part of said lots, 85 feet to the North line of Lowell Street; thence Last on the North line of said Street, 40 feet more or less to the place of beginning.

Note: the above described property is known for assessment and taxation purposes as Lot 0828 in Square 2089.

## DEED IN LEIU OF FORECLOSURE CERTIFICATE

**RICHARD CAHILL**, individual (collectively referred to herein as "Seller") represent and warrant to **FIRST SAVINGS MORTGAGE CORPORATION**, a Virginia corporation, ("Lender") and its respective successors and assigns as follows:

1. Seller has executed and delivered, or is contemporaneously with the execution and delivery of this Certificate, executing a certain Deed in Lieu of Foreclosure dated the 6th day of DECEMBER, 2024 (the "Deed") conveying certain real property located at 3401 Lowell St., NW, Washington DC 20016 and the Lot Number 0828 in Square 2089 (the "Property") to Lender.

2. The Deed was intended to be and is an absolute conveyance of title of the Property to Lender in effect as well as in form; the Deed was not intended to serve or operate as a mortgage, deed to secure debt, security agreement, trust conveyance, deed of trust, lien, security interest, or security of any kind.

3. Seller, by virtue of the Deed, waived, relinquished and gave up any and all right, title and interest, legal equitable or otherwise in the Property and has vacated the Property in the following manner: removed all furniture, furnishings, personal possessions and trash and left all built-in appliances and fixtures in place.

4. The Deed was executed and delivered as the result of Seller's free and voluntary act. Seller's execution and delivery of the Deed is not the result of duress or undue influence, coercion, intimidation, misapprehension, bad faith, unconscionable conduct, overreaching conduct or misrepresentation by Lender or any agent, attorney or any other representative of Lender.

5. Lender has not taken advantage of Seller by threats, duress, intimidation, overreaching conduct, unconscionable conduct, bad faith or otherwise, and Seller, by executing and delivering the Deed, acted freely and voluntarily, and not under coercion or duress. Seller is proceeding with this transaction as a volunteer pursuant to what Seller perceives to be in Seller's own best interest.

6. Seller understands that the transaction contemplated herein may have adverse tax consequences and has consulted with such tax, legal and accounting advisors with respect to such consequences as Seller has deemed advisable.

7. This certificate is made to induce Lender to accept the Deed, is made for the protection and benefit of Lender and its assigns, successors, grantees, any title insurers who may

now or hereafter insure Lender's respective interests in the Property, and all other parties hereafter dealing with or who may acquire any interest in the Property, all of whom may rely on this Certificate.

8.    Seller represents and warrants that it has not and shall not lease the Property to any third party or entity, that full possession of the Property has been surrendered to Lender, that there exist no agreements among the parties or circumstances such as a leaseback with an option to repurchase, a parole agreement to reconvey or that Seller will retain any rights or benefits as to the subject property, and that Seller, and each of them, will testify, declare, depose or certify before any competent tribunal, officer or person, in any case now pending or which may hereafter be instituted to the truth of the particular facts hereinabove set forth.

9.    All representations and warranties made in this Certificate shall be deemed remade on and as of delivery and recordation of the Deed.

SIGNATURES ON FOLLOWING PAGES

WITNESS the following signatures and seal:

GRANTOR:

_____
**RICHARD CAHILL**

State of **VIRGINIA**
County of **FAIRFAX**, to wit:

I, the undersigned Notary Public in and for the jurisdiction aforesaid, do hereby certify that **RICHARD CAHILL** whose name is signed to the foregoing Deed in Lieu of Foreclosure, dated this 6th day of DECEMBER, 2024, being personally well known to me (or satisfactorily identified) has acknowledged the same before me in my jurisdiction aforesaid.

Given under my hand and seal this 6th day of DECEMBER, 2024.

_____ (SEAL)
Notary Public

My commission expires: 8/31/2027