UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
| Debtor | * | |

**NOTICE OF MOTION BY CHAPTER 7 TRUSTEE FOR APPROVAL
OF COMPROMISE WITH FIRST SAVINGS MORTGAGE CORPORATION**

NOTICE IS HEREBY GIVEN THAT Laura J. Margulies, Chapter 7 Trustee (the "Trustee"), has filed a Motion for Approval of Settlement and Compromise First Savings Mortgage Corporation ("First Savings Mortgage") in the above-referenced bankruptcy case pursuant to Bankruptcy Rules 9019 and 2002(a)(3) (the "Motion"). The Motion has been filed with the Clerk, United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770.

The Trustee claims the Bankruptcy Estate holds an equitable interest in real property owned by the Debtor and his spouse, Richard Cahill, located at 3401 Lowell Street, NW, Washington, DC 20016 (the "Property. The Property is secured by a Deed of Trust with a balance in excess of $1.3 million and a tax claim has been asserted against the Property that exceeds $458,000. First Savings Mortgage filed a Motion for Relief from Automatic Stay so that it may attempt to foreclosure on the Property. The Trustee filed an Objection to said Motion for Relief.

Under the terms of the Settlement Agreement, First Savings Mortgage will cause the sum of $7,500.00 to be paid to the Trustee in one lump sum and in exchange the Trustee and Richard Cahill will execute a Deed in Lieu of Foreclosure, transferring their interest in the Property to First Savings Mortgage to allow it to sell the property at foreclosure. Additional terms are summarized in the Motion.

NOTICE IS FURTHER GIVEN that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice. Objections must be filed with the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770. Any objections must also be served on Laura J. Margulies, Trustee, 7050 W. Palmetto Park Road, Ste 15-390, Boca Raton, FL 33433, and James M. Hoffman, Esq., Offit Kurman, P.A., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814, counsel for the Chapter 7 Trustee.

Objections must set forth in detail the legal and factual grounds upon which they are based. The Court, in its discretion, may conduct a hearing or determine this matter without a hearing regardless of whether an objection is filed. The Motion may be granted without further order or

notice if no timely objection is filed. Creditors or other interested parties desiring further information are encouraged to contact the undersigned Trustee.

Date:   January 15, 2025               /s/ James M. Hoffman
                                       James M. Hoffman (Bar #04914)
                                       Offit Kurman, P.A.
                                       7501 Wisconsin Ave, Suite 1000W
                                       Bethesda, MD 20814
                                       Telephone: (240) 507-1710
                                       JHoffman@offitkurman.com
                                       *Attorney for Laura J. Margulies, Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 15th day of January 2025, a copy of the foregoing Notice of Motion to Approve Compromise was served via this Court's CM/ECF system upon the following parties:

- **Corinne Donohue Adams**    cadams@yvslaw.com, cadams@yvslaw.com; pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- **Justin Philip Fasano**    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Leah Christina Freedman**    bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **James M. Hoffman**    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Lawrence A. Katz**    lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com;aklena@hirschlerlaw.com;ndysart@hirschlerlaw.com
- **Michael J. Klima**    bankruptcy@peroutkalaw.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **Laura J. Margulies**    trustee@law-margulies.com, lmargulies@ecf.axosfs.com
- **John McKenna**    jackmckenna@asm-law.com
- **Gregory Christopher Mullen**    bankruptcy@bww-law.com, gregory.c.mullen@gmail.com
- **Jason S. Ordene**    jordene@bregmanlaw.com, mgomes@wtplaw.com
- **Jeffrey M. Orenstein**    jorenstein@wolawgroup.com
- **Daniel J. Pesachowitz**    dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- **Richard M. Sissman**    RSissmanesq@his.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

2

I FURTHER CERTIFY, that on this 15th day of January 2025, a copy of the foregoing Notice of Motion to Approve Compromise was served via regular U.S. Mail, postage prepaid upon the following parties:

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

Richard Cahill
13312 Drew Lane
Potomac, MD 20854

Bizhan Beiramee, Esq.
Beiramee Law Group, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, MD 20814
*Counsel for First Savings Mortgage Corporation*

All parties on the attached creditor matrix

                                                                /s/ James M. Hoffman
                                                                 James M. Hoffman

4924-9342-2860, v. 2