United States Bankruptcy Court
District of Maryland

In re:                                                                                           Case No. 22-16740-MCR
Christopher John Cahill                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |
| | + Maurice Belmont VerStandig, 1050 Connecticut Avenue NW, Suite 500, Washington, DC 20036-5304 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bizhan Beiramee | bbeiramee@beiramee.com e-filing@beiramee.com |
| Corinne Donohue Adams | cadams@yvslaw.com<br>cadams@yvslaw.com,jbeckman@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,r39990@notify.bestcase.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com gregory.c.mullen@gmail.com |
| James M. Hoffman | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdfparty | Total Noticed: 2 |

jhoffman@offitkurman.com mmargulies@offitkurman.com

Jason S. Ordene
    jordene@bregmanlaw.com mgomes@wtplaw.com

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John McKenna
    jackmckenna@asm-law.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Laura J. Margulies
    trustee@law-margulies.com lmargulies@ecf.axosfs.com,bkadmin@axosbank.com

Lawrence A. Katz
    lkatz@hirschlerlaw.com chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Lynn A. Kohen
    lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Amster
    mamster@zagfirm.com

Michael J. Klima
    bankruptcy@peroutkalaw.com

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com bankruptcy@bww-law.com

Richard M. Sissman
    RSissmanesq@his.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 18

Entered: February 13th, 2025
Signed: February 12th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: | * |
| CHRISTOPHER JOHN CAHILL | *   Case No: 22-16740 MCR |
| Debtor | * |

_____

**ORDER GRANTING MOTION BY CHAPTER 7 TRUSTEE FOR APPROVAL OF COMPROMISE WITH FIRST SAVINGS MORTGAGE CORPORATION**

UPON CONSIDERATION of the Motion ("Motion") by Laura J. Margulies, Chapter 7 Trustee for Approval of the Settlement and Compromise with First Savings Mortgage Corporation, and it appearing that the Notice of the Motion was properly served; and good cause otherwise having been shown for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is GRANTED as set forth herein; and it is further

**ORDERED,** that the settlement and compromise with First Savings Mortgage Corporation upon the terms and conditions set forth in the Motion and the Deed in Lieu of Foreclosure and Deed in Lieu of Foreclosure Certificate dated December 6, 2024, attached thereto, are hereby

approved such that the Trustee is authorized to receive from First Savings Mortgage Corporation the sum of Seven Thousand Five Hundred and 00/100 Dollars ($7,500.00) in exchange for the execution of Deed in Lieu of Foreclosure regarding real property located at 3401 Lowell Street, NW, Washington, DC 20016 (the "Property"); the payment shall be made payable to "<u>Laura J. Margulies, Trustee</u>" and delivered to: <u>Laura J. Margulies, Trustee at 7050 W. Palmetto Park Road, Ste 15-390, Boca Raton, FL 33433</u>; and it is further

**ORDERED,** that the Debtor and Richard Cahill waive and relinquish any and all right, title and interest, legal equitable or otherwise in the Property; and it is further

ORDERED, that upon tender of the payment by First Savings Mortgage Corporation to the Trustee, and the Trustee's receipt thereof, First Savings Mortgage Corporation shall be entitled to cause the recordation of the Deed in Lieu of Foreclosure with the Recorder of Deeds of the District of Columbia, and receive title, ownership, and possession of the Property thereunder conveyed; and it is further

**ORDERED,** that upon the receipt of the settlement payment described herein by First Savings Mortgage Corporation, the Bankruptcy Estate releases any and all known claims that it holds against First Savings Mortgage Corporation, and First Savings Mortgage Corporation and releases any and all claims it holds against the Bankruptcy Estate; and it is further

**ORDERED,** that the Settlement Agreement is hereby incorporated, but not merged, into this Order; and it is further

ORDERED, that the Trustee is authorized to take any and all actions to complete the administration of the Estate, including any and all actions she determines necessary or advisable to consummate the conveyance and recording of the Deed in Lieu of Foreclosure (at no expense to the Estate).

<u>Copies</u>:

Laura J. Margulies, Chapter 7 Trustee
7050 W. Palmetto Park Road, Ste 15-390
Boca Raton, FL 33433

James M. Hoffman, Esq.
Offit Kurman, P.A
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

Maurice Belmont VerStandig
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

Bizhan Beiramee, Esq.
Beiramee Law Group, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, MD 20814

**\*\* END OF ORDER \*\***

4918-5110-3248, v. 1