IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CHRISTOPHER JOHN CAHILL** | * | Case No. 22-16740 MCR<br>Chapter 7 |
| **Debtor** | * | |

## NOTICE OF WITHDRAWAL OF CLAIM

Please withdraw Claim Number 2 filed on January 27, 2023 for the creditor Laura Margulies, Trustee for the Estate of Botanical Decorators, Inc., filed in Case Number 22-16740.

Dated: February 26, 2025

*/s/ James M. Hoffman*
James M. Hoffman (Fed. Bar No. 04914)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
O (240) 507-1700
 F (240) 507-1735
 jhoffman@offitkurman.com
*Counsel for Laura J. Margulies, Chapter 7 Trustee*

4926-2779-9584, v. 1