## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CHRISTOPHER JOHN CAHILL** | * | Case No. 22-16740 MCR |
| | | Chapter 7 |
| **Debtor** | * | |

### NOTICE OF WITHDRAWAL OF CLAIM

Please withdraw Claim Number 1 filed on January 27, 2023 for the creditor Laura Margulies, Trustee for the Estate of CJ Cahill Design Build, Inc., filed in Case Number 22-16740.

Dated: February 26, 2025

/s/ *James M. Hoffman*
James M. Hoffman (Fed. Bar No. 04914)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
O (240) 507-1700
F (240) 507-1735
jhoffman@offitkurman.com
*Counsel for Laura J. Margulies, Chapter 7 Trustee*

4899-4206-8768, v. 1