UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    CHRISTOPHER JOHN CAHILL    \*    Case No: 22-16740  MCR
                                                  \*    Chapter 7
        Debtor(s)                        \*
\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**APPLICATION TO AUTHORIZE RETENTION OF
ACCOUNTANTS FOR LAURA J. MARGULIES, CHAPTER 7 TRUSTEE**

COMES NOW, Laura J. Margulies, the duly appointed and qualified Trustee of the Chapter 7 bankruptcy estate of Christopher John Cahill ("Debtor"), by and through her undersigned attorney, and in support of her application to authorize retention of accountants, pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1.    On December 2, 2022, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2.    Laura J. Margulies is the duly appointed and qualified Chapter 7 Trustee ("Trustee") for the estate of the Debtor.

3.    The Trustee desires to employ Larry Strauss, Esq., CPA ("Strauss") and the firm of Larry Strauss ESQ, CPA & Associates (the "Firm"), as accountants (collectively "Accountants") for the estate.

4.    Strauss is a CPA with over 18 years of experience in public accounting.  He has previous experience working on Chapter 7 and Chapter 11 cases and has specialized training in bankruptcy and insolvency accounting work.  Strauss, as president of the Firm, charges $525.00 per hour.  It is anticipated that employees with less experience will handle the more mundane aspects of this representation.  Hourly rates range from $175.00 per hour to $525.00 per hour at the Firm.  The said Firm will bill the estate in increments of one-tenth of an hour and will abide

by the United States Trustee's fee guidelines and will give the United States Trustee tend days'

notice of any hourly rate increases. The Trustee believes these rates are reasonable.

     5.     No retainer is being paid to the Accountants and all payments will be by application after notice and opportunity for a hearing.

     6.     The Trustee expects the Accountants to prepare and file the estate's tax returns, assist the Trustee in reviewing any tax claims, and to prepare any other tax related letters and forms that may be necessary for the administration of this estate as requested by the Trustee.

     7.     To the best of the Trustee's knowledge, none of the Accountants have any connection with the Debtor, his creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

     8.     The Accountants provide ad-hoc tax advice and services to other panel trustees in connection with other Chapter 7 and Chapter 11 proceedings before this Court and other bankruptcy courts.

     9.     Other than as set forth above and may be stated in the Verified Statement filed herewith, the Accountants represent no interest adverse to the Trustee, the Debtor, or the estate in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estate and creditors generally.

     WHEREFORE, Laura J. Margulies, Chapter 7 Trustee, respectfully requests that this Court enter an Order:

     a.     pursuant to 11 U.S.C. § 327(a), authorizing her to employ the Accountants to provide accounting services in connection with the matters described hereinabove; and

      b.    granting such other and further relief as this Court may deem just equitable, and proper.

Respectfully submitted,

/s/ Laura J. Margulies
Laura J. Margulies, (#06585)
7050 W. Palmetto Park Rd, Ste 15-390
Boca Raton, FL 33433
Tel. (301) 483-9800
trustee@law-margulies.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2025, a copy of the foregoing Application, Verified Statement, and Proposed Order were served by first class mail, postage prepaid to:

Office of the U.S. Trustee
6305 Ivy Lane, #600
Greenbelt, MD 20770

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

And I hereby certify that on March 4, 2025a copy of the foregoing Application, Verified Statement, and Proposed Order were served electronically via CM/ECF to:

Lynn A. Kohen, Esq.
Lynn.a.kohen@usdoj.gov
Office of the United States Trustee

Lawrence Katz, Esq.
Lkatz@hirschlerlaw.com

Leah Freedman, Esq.
Bankruptcy@bww-law.com

Larry Strauss, Esq., CPA
Larry@larrystraussesqcpa.com
Larry Strauss, ESQ, CPA & Associates

Richard Sissman, Esq.
Rsissmanesq@his.com

Jason Ordene, Esq.
Jordene@bregmanlaw.com

Maurice VerStandig, Esq.
mac@mbvesq.com

James M. Hoffman, Esq.
Jhoffman@offitkurman.com

/s/ Laura J. Margulies
Laura J. Margulies

3