UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

CHRISTOPHER JOHN CAHILL     *     Case No: 22-16740 MCR
                            *     Chapter 7
Debtor(s)                   *

* * * * * * * * * * * * * *

## VERIFIED STATEMENT OF PROPOSED ACCOUNTANT

I, Larry Strauss, declare:

1. I am a certified public accountant and partner in the firm of Larry Strauss, Esq., CPA & Associates, Inc.

2. My practice is located at 2310 Smith Avenue, Baltimore, MD 21209.

3. To the best of my knowledge, information, and belief, the undersigned is a "disinterested person" within the meaning of 11 U.S.C. Section 101(14) and is eligible to serve as accountant for the estate.

4. Furthermore, the Applicant, Larry Strauss, Esq., CPA and Larry Strauss ESQ, CPA & Associates, Inc. have no connection with the Debtor, their creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2025

/s/ Larry Strauss
Larry Strauss, Esq., CPA
Larry Strauss, ESQ, CPA & Associates
2310 Smith Avenue
Baltimore, MD 21209
(410) 484-2142
Larry@larrystraussesqcpa.com