Entered: March 28th, 2025
Signed: March 27th, 2025
**SO ORDERED**
No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re:

|  |  |  |
|---|---|---|
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
|  | * | Chapter 7 |
| Debtor(s) | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon the Application of Laura J. Margulies, Chapter 7 Trustee, for authority to employ Larry Strauss, Esq., CPA ("Strauss") and the firm of Larry Strauss ESQ, CPA & Associates (the "Firm"), as accountants (collectively "Accountants") for the Chapter 7 Trustee, and it appearing that said Accountants are disinterested persons as defined in the Bankruptcy Code, and sufficient cause having been shown therefore, it is

**ORDERED**, that Laura J. Margulies, Chapter 7 Trustee is hereby authorized to employ Accountants to render the professional services detailed in the Application, at the rates specified in said Application, subject to application therefore and approval thereof.

cc:

Laura J. Margulies, Esq.
Trustee@law-margulies.com

Office of the U.S. Trustee
6305 Ivy Lane, Ste.600
Greenbelt, MD 20772

Lynn A. Kohen, Esq.
Lynn.a.kohen@usdoj.gov
Office of the United States Trustee

Richard Sissman, Esq.
Rsissmanesq@his.com

Lawrence Katz, Esq.
Lkatz@hirschlerlaw.com

Jason Ordene, Esq.
Jordene@bregmanlaw.com

Leah Freedman, Esq.
Bankruptcy@bww-law.com

Maurice VerStandig, Esq.
mac@mbvesq.com

Larry Strauss, Esq., CPA
Larry Strauss, ESQ, CPA & Associates
Larry@larrystraussesqcpa.com

James M. Hoffman, Esq.
Jhoffman@offitkurman.com

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

**END OF ORDER**