United States Bankruptcy Court
District of Maryland

In re:  Case No. 22-16740-MCR
Christopher John Cahill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |
| acc | + | Larry Strauss, Larry Strauss ESQ, CPA & Associates, Inc, 2310 Smith Avenue, Baltimore, MD 21209-2611 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Mar 28 2025 19:12:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2025   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bizhan Beiramee | bbeiramee@beiramee.com e-filing@beiramee.com |
| Corinne Donohue Adams | cadams@yvslaw.com<br>cadams@yvslaw.com,jbeckman@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,r39990@notify.bestcase.com |
| Daniel J. Pesachowitz | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdfparty | Total Noticed: 3 |

| | |
|---|---|
| | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |
| James M. Hoffman | jhoffman@offitkurman.com  mmargulies@offitkurman.com |
| Jason S. Ordene | jordene@bregmanlaw.com  mgomes@wtplaw.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John McKenna | jackmckenna@asm-law.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Laura J. Margulies | trustee@law-margulies.com  lmargulies@ecf.axosfs.com,bkadmin@axosbank.com |
| Lawrence A. Katz | lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Amster | mamster@zagfirm.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com |
| Richard M. Sissman | RSissmanesq@his.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 18

Entered: March 28th, 2025
Signed: March 27th, 2025

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re:

|  |  |  |
|---|---|---|
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
|  | * | Chapter 7 |
| Debtor(s) | * |  |

* * * * * * * * * * * * * *

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon the Application of Laura J. Margulies, Chapter 7 Trustee, for authority to employ Larry Strauss, Esq., CPA ("Strauss") and the firm of Larry Strauss ESQ, CPA & Associates (the "Firm"), as accountants (collectively "Accountants") for the Chapter 7 Trustee, and it appearing that said Accountants are disinterested persons as defined in the Bankruptcy Code, and sufficient cause having been shown therefore, it is

**ORDERED**, that Laura J. Margulies, Chapter 7 Trustee is hereby authorized to employ Accountants to render the professional services detailed in the Application, at the rates specified in said Application, subject to application therefore and approval thereof.

cc:

Laura J. Margulies, Esq.
Trustee@law-margulies.com

Office of the U.S. Trustee
6305 Ivy Lane, Ste.600
Greenbelt, MD 20772

Lynn A. Kohen, Esq.
Lynn.a.kohen@usdoj.gov
Office of the United States Trustee

Richard Sissman, Esq.
Rsissmanesq@his.com

Lawrence Katz, Esq.
Lkatz@hirschlerlaw.com

Jason Ordene, Esq.
Jordene@bregmanlaw.com

Leah Freedman, Esq.
Bankruptcy@bww-law.com

Maurice VerStandig, Esq.
mac@mbvesq.com

Larry Strauss, Esq., CPA
Larry Strauss, ESQ, CPA & Associates
Larry@larrystraussesqcpa.com

James M. Hoffman, Esq.
Jhoffman@offitkurman.com

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

**END OF ORDER**