IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

In re:

CHRISTOPHER JOHN CAHILL      *      Case No: 22-16740-MCR
                                                       *      Chapter 7
         Debtor(s)                     *
*   *   *   *   *   *   *   *   *   *   *   *   *

## WITHDRAWAL OF DOCUMENT

Laura Margulies, Chapter 7 Trustee, hereby requests the withdrawal of the Chapter 7 Trustee's Final Report Before Distribution, Document Number 160. There is an administrative claim not included in the original TFR, and a new TFR will be submitted to the U.S. Trustee's office.

                                                         Respectfully submitted,

                                                         /s/ Laura J. Margulies
                                                         Laura J. Margulies
                                                         7050 W. Palmetto Park Rd., Ste 15-390
                                                         Boca Raton, FL 33433
                                                         (301) 483-9800
                                                         trustee@law-margulies.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2025, a copy of the foregoing Withdrawal of Document was provided by U.S. Mail, postage prepaid to the Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770 and to Bizhan Beiramee, Esq., 7508 Wisconsin Ave, Second Floor, Bethesda, MD 20814, Counsel for First Savings Mortgage.

AND I HEREBY CERTIFY that on May 13, 2025, a copy of the foregoing Withdrawal of Document was electronically provided to the following: Maurice Verstandig, Esq., mac@mbvesq.com; Richard Sissman, Esq., Rsissmanesq@his.com, counsel for BFS Operations; and Leah Freedman, Esq., bankruptcy@bww-law.com, counsel for Pentagon FCU.

                                                          /s/ Laura J. Margulies
                                                         Laura J. Margulies