UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| Christopher John Cahill | § § | Case No. 22-16740-MCR |
| Debtor | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/02/2022. The undersigned trustee was appointed on 12/02/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $   83,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 6,985.00 |
   | Bank service fees | 414.59 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]           $ | 75,600.41 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/12/2023 and the deadline for filing governmental claims was 05/31/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,400.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $7,400.00, for a total compensation of $7,400.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $166.80, for total expenses of $166.80$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2025            By: /s/Laura J. Margulies
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 22-16740-MCR | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |
|---|---|---|---|---|---|---|
| Case Name: | Christopher John Cahill | | | | Date Filed (f) or Converted (c): | 12/02/2022 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2023 |
| For Period Ending: | 05/21/2025 | | | | Claims Bar Date: | 04/12/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13312 Drew Lane Potomac Md 20854 Montgomery | 2,200,000.00 | 1,451,613.00 | | 0.00 | FA |
| 2. 3401 Lowell Street, Nw Washington Dc 20016 District Of Columbia | 1,700,000.00 | 0.00 | | 7,500.00 | FA |
| 3. 2016 Bmw X5 Mileage: 95000 | 17,000.00 | 0.00 | | 0.00 | FA |
| 4. 2021 Volvo Xc60 Mileage: 25000 | 38,992.00 | 0.00 | | 0.00 | FA |
| 5. 2022 Volvo Xc60 Mileage: 10000 Leased (Hence 0% Interest) | 57,800.00 | 0.00 | | 0.00 | FA |
| 6. 2017 Ford F-150 Mileage: 66000 Owned Jointly With Botanical Decorators, Inc. | 30,192.00 | 0.00 | | 0.00 | FA |
| 7. 3 Vespas | 1,500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 22-16740-MCR | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |
|---|---|---|---|---|---|---|
| Case Name: | Christopher John Cahill | | | | Date Filed (f) or Converted (c): | 12/02/2022 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2023 |
| For Period Ending: | 05/21/2025 | | | | Claims Bar Date: | 04/12/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 8. (See Attached) - 2 full pages including but not limited to - From attachment: Den: 2 side chairs; 5' round coffee table; couch; bench; 2 glass wall tables 8 x 3; desk; desk chair; floor lamp; rug. Living room & dining room: 2 couches; 2 side chairs; wood s<br><br>From attachment: Den: 2 side chairs; 5' round coffee table; couch; bench; 2 glass wall tables 8 x 3; desk; desk chair; floor lamp; rug. Living room & dining room: 2 couches; 2 side chairs; wood side table; 2 glass end tables; coffee table 2x3; ches of drawers; 3 table lamps; dining table for 8; 8 dining chairs; 2 rugs. Kitchen & brakfast room: 48" round table; 4 chairs; 2 shelf units (bookshelves); 4 counter stools; rug. Foyer: 3' mirrored entry table; 2 campaign chests; 4 ft bench; 2 rugs; mirror. Master Bedroom: Queen size bed; 5' double dresser; 30" side chest; 2 end tables; 3 side chairs; floor mirror; 2 rugs; 2 table lamps; bench; storage island; display pedestal. Son's room: Queen bed; 3' desk' desk chair; 5' long double dresser; side chair; rug; 2 table lamps. Daughter's room: twin bed; 5' foot double dresser; side chair; rug; 2 table lamps. Upstairs hall: French day bed. Basement: leather sectional*; 3 side chairs; 5' round glass coffee table*; 5' gaming craft table; 6 Lucite chairs*; 5' foot long buffe; rug; round ottoman. Basement guest room: Queen platform bed*; 2 side tables*; 2 nightstands*; Highboy dresser; 2 leather day beds*; 2 table lamps. Playroom: Day bed matching daughter's set; 3 storage cubbies. Exterieor: couch; 4 club chairs; 3' round coffee table; 2 ottomans; 40" round table & 4 side chairs; 2 hanging daybeds; 3 ceramic stools; table. Storage: Gaming table & 4 chairs*; King platform bed and mattress*; swivel chair*; 2 benches; dresser | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 9. Two Drawer Beverage Center. Washer And Dryer Outdoor Grilling Station ?18? Wide Wine Cooler | 700.00 | 0.00 | | 0.00 | FA |
| 10. 4 TVs 1 Dvd Player 4 Video Game Consoles 15 Smart / Speakers 5 Firestick/Apple Tv 6 Routers Wi-Fi Devices / Modems 4 Sonos Controllers (Old Version) 2 Compact Printer/Scanner 4 Apple Cell Phones 2 (13) 2 (8) 2 Tablets One Cd Player | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 22-16740-MCR | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |
|---|---|---|---|---|---|---|
| Case Name: | Christopher John Cahill | | | | Date Filed (f) or Converted (c): | 12/02/2022 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2023 |
| For Period Ending: | 05/21/2025 | | | | Claims Bar Date: | 04/12/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Paintings: 4X5 Acrylic Modern Abstract 4X4 Acrylic Modern Abstract 2 X 4 Acrylic Modern Abstract Two Three-Foot Square Modern Abstracts Three Charcoal And Bees-Wax Modern 2X3 One Watercolor 1X30 Print Two Brooks Oil Figure Paintings 18X18 | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. Coin Collection | 100.00 | 0.00 | | 0.00 | FA |
| 13. Suits, Dress Clothes, Casual Wearing Clothes, Jackets, Sweaters | 500.00 | 0.00 | | 0.00 | FA |
| 14. Breitling Watch (Damaged), Wedding Ring | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Rolex Watch | 4,000.00 | 0.00 | | 0.00 | FA |
| 16. Pug, Miniature Boxer | 100.00 | 0.00 | | 0.00 | FA |
| 17. Cash | 55.00 | 0.00 | | 0.00 | FA |
| 18. Regular Savings - Sandy Spring Bank xxx-00-18 | 9,629.16 | 0.00 | | 0.00 | FA |
| 19. Checking - Sandy Spring Bank | 4,046.96 | 0.00 | | 0.00 | FA |
| 20. Botanical Decorators, Inc. (In Bankruptcy) | 0.01 | 0.00 | | 0.00 | FA |
| 21. Cj Cahill Design Build Inc. (In Bankruptcy) | 0.01 | 0.00 | | 0.00 | FA |
| 22. Cjc & Associates Inc. | 0.01 | 0.00 | | 0.00 | FA |
| 23. John Hancock | 754,243.46 | 0.00 | | 0.00 | FA |
| 24. May Receive A Tax Refund For 2022/ Refund for taxes withheld on sale of Delaware residence State<br><br>May Receive A Tax Refund For 2022/ Refund for taxes withheld on sale of Delaware residence State | 44,094.93 | 0.00 | | 0.00 | FA |
| 25. Has Loaned Money To Various People Over Time But Does Not Have A Realistic Expectation Of Repayment And None Of The Loans Are Documented With Promissory Notes | 1.00 | 0.00 | | 0.00 | FA |
| 26. Refund for taxes withheld on sale of Delaware residence (u) | 44,094.93 | 44,094.93 | | 0.00 | FA |
| 27. Avoidable transfers between debtor and related entities and spouse and employees of related entities (u) | Unknown | 75,500.00 | | 75,500.00 | FA |

|  |  |  | Gross Value of Remaining Assets | Exhibit A |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,945,049.47 | $1,591,207.93 | $83,000.00 | $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |  |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/19/25 - Admin claim paid, TFR drafted. LM
5/13/25 - TFR withdrawal for admin claim. LM
4/10/25 - TFR submitted to office of the US Trustee. LM
3/26/25 - IRS sent letter acknowledging the tax returns and indicating return is not subject to examination. Resolution reached regarding DOL's POC. TFR will be sent to UST once Jim has his final fee app completed.
3/10/25 - Hired Larry Strauss to prepare the tax returns to the estate. Need to get the pension claim to be amended and Jim is in negotiations with them to amend their POC in all the Cahill cases. Then TFR can be sent to the UST's office.
11/13/24 - Received $500 payment, and deposited.
11/1/24 - Debtor paid $75k to the estate.
6/18/24 - Settlement reached with him and spouse to pay estates $75,500, but motion to compel filed for turnover of funds.
3/25/24 - Order entered to pay J. Orenstein $3,620.00.
12/18/23 - Mediation with Jeff Orenstein scheduled for January 8, 2023. Signed consent order for sale of DC property, liens on property exceed value.
9/4/23 - JHoffman prepared complaints for preferences, should be filed shortly, hearing on objection to exemptions 9.14.23.
6/5/2023 - 341 meeting concluded; JH investigating preferences and fraud convey. JH also handling Spring Spring refusal to provide bank statements because of t/e account.
3/27/23 - Waiting for records from Sandy Spring Bank, JH investigating pref. and fraud convy.
1/11/23 - Meeting held and continued to 3/15.  Case is asset, hiring James Hoffman, Esq. as special counsel.

Initial Projected Date of Final Report (TFR): 03/16/2026        Current Projected Date of Final Report (TFR): 03/16/2026

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 22-16740-MCR  
Case Name: Christopher John Cahill  
Taxpayer ID No: XX-XXX1874  
For Period Ending: 05/21/2025  

Trustee Name: Laura J. Margulies  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX1308  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/24 | 27 | John Hancock<br>on behalf of Christopher Cahill<br>PO Box 600<br>Buffalo, NY 14201-1113 | Settlement for adversary proceeding<br>Settlement of adversary proceeding per court order. | 1241-000 | $75,000.00 | | $75,000.00 |
| 11/13/24 | 27 | John Hancock<br>PO Box 600<br>Buffalo, NY 14201-1113 | Settlement for adversary proceeding<br>Final payment of settlement of adversary proceeding | 1241-000 | $500.00 | | $75,500.00 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.46 | $75,419.54 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.27 | $75,336.27 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.18 | $75,253.09 |
| 02/23/25 | 2 | First Savings Mortgage<br>8484 Westpark Drive, Ste. 900<br>McLean, VA 22102 | Settlement payment<br>In exchange for signing a deed in lieu of foreclosure | 1110-000 | $7,500.00 | | $82,753.09 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.39 | $82,676.70 |
| 03/18/25 | 1001 | Department Of The Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0048 | 2024 1041 Income tax return | 2810-000 | | $1,547.00 | $81,129.70 |
| 03/18/25 | 1002 | Comptroller of Maryland<br>Revenue Administration Division<br>110 Carroll Street<br>Annapolis, M 21411-0001 | Fiduciary Inome Tax Return 2024 | 2820-000 | | $1,818.00 | $79,311.70 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.29 | $79,220.41 |
| 05/13/25 | 1003 | Jeffrey M. Orenstein, Esq.<br>3543 Toddsbury Lane<br>Olney, MD 20832 | Court Order | 2990-000 | | $3,620.00 | $75,600.41 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*   Page Subtotals:   $83,000.00   $7,399.59

| | | |
|---|---:|---:|
| COLUMN TOTALS | $83,000.00 | $7,399.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $83,000.00 | $7,399.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $83,000.00 | $7,399.59 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1308 - Checking | $83,000.00 | $7,399.59 | $75,600.41 |
| | $83,000.00 | $7,399.59 | $75,600.41 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $83,000.00 |
| Total Gross Receipts: | $83,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16740-MCR  
Debtor Name: Christopher John Cahill  
Claims Bar Date: 4/12/2023  

Date: May 21, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Laura Margulies Trustee PC<br>7050 W. Palmetto Park Rd., Ste. 15-390<br>Boca Raton, FL 33433 | Administrative | Allow | $0.00 | $7,400.00 | $7,400.00 |
| 100 2200 | Laura Margulies Trustee PC<br>7050 W. Palmetto Park Rd., Ste. 15-390<br>Boca Raton, FL 33433 | Administrative | Allow | $0.00 | $166.80 | $166.80 |
| 100 3210 | Offit Kurman P.A.<br>Attn: Jim Hoffman<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | Administrative | Allow | $0.00 | $37,895.50 | $37,895.50 |
| 100 3410 | Larry Strauss, CPA<br>Larry Strauss, ESQ CPA & Associates, Inc.<br>2310 Smith Ave<br>Baltimore, MD  21209 | Administrative | Allow | $0.00 | $2,463.00 | $2,463.00 |
| 100 3992 | Offit Kurman P.A.<br>Attn: Jim Hoffman<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | Administrative | Allow | $0.00 | $230.81 | $230.81 |
| 100 3992 | Larry Strauss, CPA<br>Larry Strauss, ESQ CPA & Associates, Inc.<br>2310 Smith Ave<br>Baltimore, MD  21209 | Administrative | Allow | $0.00 | $100.00 | $100.00 |
| 22 260 5600 | Michelle And Robert Labelle<br>9893 Windy Hollow Rd<br>Great Falls, Va 22066 | Priority | allow | $0.00 | $3,350.00 | $3,350.00 |
| 23 260 5600 | Shannon And Scott Forchhieimer<br>6808 Millwood Road<br>Bethesda, Md 20817 | Priority | Allow | $0.00 | $3,350.00 | $3,350.00 |
| 3 300 7100 | Jpmorgan Chase Bank, N.A.<br>S/B/M/T Chase Bank Usa, N.A.<br>C/O Robertson, Anschutz, Schneid, Crane & Partners, Pllc<br>6409 Congress Avenue, Suite 100<br>Boca Raton, Fl 33487 | Unsecured | Allow | $0.00 | $2,927.01 | $2,927.01 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16740-MCR  
Debtor Name: Christopher John Cahill  
Claims Bar Date: 4/12/2023  
Date: May 21, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20 300 7100 | Patrick James Mccusker 220 Virginia Ave. Alexandria, Va 22302 | Unsecured | allowed | $0.00 | $2,150,000.00 | $2,150,000.00 |
| 21 300 7100 | Sandy Spring Bank Attn: Diana Wigginton, Vp 6831 Benjamin Franklin Drive Columbia, Md 21046 | Unsecured | Allow | $0.00 | $63,055.10 | $63,055.10 |
| 22 300 7100 | Michelle And Robert Labelle 9893 Windy Hollow Rd Great Falls, Va 22066 | Unsecured | Allow | $0.00 | $1,505,711.00 | $1,505,711.00 |
| 23 300 7100 | Shannon And Scott Forchhieimer 6808 Millwood Road Bethesda, Md 20817 | Unsecured | Allow | $0.00 | $150,952.55 | $150,952.55 |
| 24 300 7100 | Bfs Operations, Llc Successor In Interest To Tw Pe C/O Leslie Stewart 8101 Snouffer School Road Gaitherburg, Md 20879 | Unsecured | Allow | $0.00 | $18,044.26 | $18,044.26 |
| 27 300 7100 | Dylan French 5505 16Th Street, Nw Washington, Dc 20011 | Unsecured | Allow | $0.00 | $688,585.64 | $688,585.64 |
| 29 350 5400 | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan 1335 East-West Highway, Suite 200 Silver Spring, Md 20910 | Priority | Allow but only after all other claims are paid in full. | $0.00 | $17,461.08 | $17,461.08 |
| 30 350 5400 | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan 1335 East-West Highway, Suite 200 Silver Spring, Md 20910 | Priority | Allow but only after all other claims are paid in full. | $0.00 | $11,041.44 | $11,041.44 |
| 28 350 7200 | Siteone Landscape Supply 300 Colonial Center Pkwy Suite 550 Roswell Ga 30076 | Unsecured | Allow as tardy | $0.00 | $50,710.70 | $50,710.70 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16740-MCR  
Debtor Name: Christopher John Cahill  
Claims Bar Date: 4/12/2023  

Date: May 21, 2025

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 29 350 7200 | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan<br>1335 East-West Highway, Suite 200<br>Silver Spring, Md 20910 | Unsecured | Allow but only after all other claims are paid in full. | $0.00 | $9,420.20 | $9,420.00 |
| 25 400 4110 | Apple Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 1200<br>Fairfax, Va 22038-1200 | Secured | Allow | $0.00 | $1,440,694.92 | $1,440,694.92 |
| 26 400 4110 | First Savings Mortgage Corporation<br>8484 Westpark Drive<br>Suite 900<br>Mclean, Va 22102 | Secured | Allow | $0.00 | $1,282,641.47 | $1,282,641.47 |
| 26 400 4110 | Pentagon Federal Credit Union<br>6191 N State Highway 161<br>Irving, Tx 75038 | Secured | Allow | $0.00 | $1,282,641.47 | $1,282,641.47 |
| | Case Totals | | | $0.00 | $8,728,842.95 | $8,728,842.75 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-16740-MCR
Case Name: Christopher John Cahill
Trustee Name: Laura J. Margulies

Balance on hand $ 75,600.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 25 | Apple Federal Credit Union | $ 1,440,694.92 | $ 1,440,694.92 | $ 0.00 | $ 0.00 |
| 26 | Pentagon Federal Credit Union | $ 1,282,641.47 | $ 1,282,641.47 | $ 0.00 | $ 0.00 |
| 26 | First Savings Mortgage Corporation | $ 1,282,641.47 | $ 1,282,641.47 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 75,600.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Laura Margulies Trustee PC | $ 7,400.00 | $ 0.00 | $ 7,400.00 |
| Trustee Expenses: Laura Margulies Trustee PC | $ 166.80 | $ 0.00 | $ 166.80 |
| Attorney for Trustee Fees: Offit Kurman P.A. | $ 37,895.50 | $ 0.00 | $ 37,895.50 |
| Accountant for Trustee Fees: Larry Strauss, CPA | $ 2,463.00 | $ 0.00 | $ 2,463.00 |
| Other: Larry Strauss, CPA | $ 100.00 | $ 0.00 | $ 100.00 |
| Other: Offit Kurman P.A. | $ 230.81 | $ 0.00 | $ 230.81 |

| | Total to be paid for chapter 7 administrative expenses | $ 48,256.11 |
|---|---|---|
| | Remaining Balance | $ 27,344.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,202.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Michelle And Robert Labelle | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 23 | Shannon And Scott Forchhieimer | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 29 | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan | $ 17,461.08 | $ 0.00 | $ 0.00 |
| 30 | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan | $ 11,041.44 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | $ 6,700.00 |
|---|---|---|
| | Remaining Balance | $ 20,644.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,579,275.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Jpmorgan Chase Bank, N.A. | $ 2,927.01 | $ 0.00 | $ 13.20 |
| 20 | Patrick James Mccusker | $ 2,150,000.00 | $ 0.00 | $ 9,692.63 |
| 21 | Sandy Spring Bank | $ 63,055.10 | $ 0.00 | $ 284.27 |
| 22 | Michelle And Robert Labelle | $ 1,505,711.00 | $ 0.00 | $ 6,788.05 |
| 23 | Shannon And Scott Forchhieimer | $ 150,952.55 | $ 0.00 | $ 680.52 |
| 24 | Bfs Operations, Llc Successor In Interest To Tw Pe | $ 18,044.26 | $ 0.00 | $ 81.35 |
| 27 | Dylan French | $ 688,585.64 | $ 0.00 | $ 3,104.28 |
| | Total to be paid to timely general unsecured creditors | | | $ 20,644.30 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $60,130.70 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Siteone Landscape Supply | $ 50,710.70 | $ 0.00 | $ 0.00 |
| 29 | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan | $ 9,420.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE