Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. | | | | | |
|  | Client Matter Time Details | | | | | |
|  | Client: Margulies, Laura J. \| Debtor: Christopher John Cahill; Case No.: 22-16740 MCR | | | | | |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| 1/17/2023 | Margulies, Miriam | 0.20 | $ 125.00 | $ 25.00 | Draft Subpoena for documents to Sandy Spring Bank | 1 |
| 2/15/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to VerStandig about evidence of 401k contributions | 1 |
| 3/15/2023 | Hoffman, James M. | 1.60 | $ 535.00 | $ 856.00 | Prepare for 341 meeting | 1 |
| 3/15/2023 | Hoffman, James M. | 1.00 | $ 535.00 | $ 535.00 | Attend 341 meeting | 1 |
| 3/16/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Review notes and assess next steps | 1 |
| 3/29/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Follow up on requested information, subpoena to SSB for Cahill Design and Christopher Cahill, draft letter | 1 |
| 4/14/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Respond to UST about facts for documentation re: discharge; Review notes | 1 |
| 4/24/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Review Larry Strauss emails (2x - .2); letter from Trustee about Cahill now cooperating (.1) | 1 |
| 5/4/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Respond to O'Donnell re: subpoena | 1 |
| 5/4/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to Trustee re: Cahills consent to release records | 1 |
| 5/15/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review new lift stay, Notice and Order by creditors Forchheimer | 1 |
| 5/15/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Respond to opposing counsel re: MTLS and Order | 1 |
| 5/15/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to Trustee to consent to MTLS | 1 |
| 6/14/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Write to Bank re: consensual form for Debtor and spouse to release Joint bank account statements | 1 |
| 6/14/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review issues with Rule 2004 of individual records; review comments of Bank's counsel | 1 |
| 6/19/2023 | Hoffman, James M. | 0.50 | $ 535.00 | $ 267.50 | Write letter for bank to release records, copy debtor's counsel | 1 |
| 6/21/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Respond to Court re: Debtor's filings | 1 |
| 7/31/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Consent to Lift Stay for creditors Forchheimer | 1 |
| 8/17/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Print transcripts, search for missing transcripts | 1 |
| 8/24/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Emails re: scheduled call and rescheduled call with Katz Re: settlement of discharge issues (4x) | 1 |
| 8/25/2023 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Review audio file of 1/11/23 meeting, make notes, prepare transcript request form (.5); Email Trustee re same (.1) | 1 |
| 9/21/2023 | Margulies, Miriam | 2.60 | $ 200.00 | $ 520.00 | Review transcript from 341 meeting on 3/15/23, listen to and compare with audio (almost 2 hrs long), make notes, mark up corrections and edits | 1 |
| 10/21/2023 | Hoffman, James M. | 2.30 | $ 535.00 | $ 1,230.50 | Research bank account and t/e severed, prepare notes for hearing and case law to move along recovery of funds | 1 |
| 9/4/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Edit letter of Trustee re: ERC money, did Cahill take it? | 1 |
| **Subtotal for Hoffman, Task 1** | | **9.70** | **$ 535.00** | **$ 5,189.50** | | |
| **Subtotal for Hoffman, Task 1** | | **0.30** | **$ 590.00** | **$ 177.00** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| <td colspan="6" align="center">**Offit Kurman, P.A.**</td> | |
| <td colspan="6" align="center">**Client Matter Time Details**</td> | |
| <td colspan="6" align="center">**Client: Margulies, Laura J. | Debtor: Christopher John Cahill; Case No.: 22-16740 MCR**</td> | |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| **Subtotal for Margulies, Task 1** | | 0.20 | $ 125.00 | $ 25.00 | | |
| **Subtotal for Margulies, Task 1** | | 3.20 | $ 200.00 | $ 640.00 | | |
| **Subtotal for Task 1** | | 13.40 | | $ 6,031.50 | **General Administration and Fact Investigation** | |
| 3/17/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to Trustee re: status | 2 |
| 4/4/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Call with Trustee about Discharge action and avoidable tranfers | 2 |
| 6/21/2023 | Hoffman, James M. | 0.10 | $ 535.00 | $ 53.50 | Write to Trustee (2x) about Debtor's late docs | 2 |
| 9/28/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Respond re: discharge of Cahill | 2 |
| **Subtotal for Hoffman, Task 2** | | 0.90 | | $ 481.50 | | |
| **Subtotal for Task 2** | | 0.90 | | $ 481.50 | **General Correspondence with Trustee** | |
| 2/17/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Communicate with Sweeney about concerns over Cahill Design, Cahill and Botanical, tracing funds, sources of recovery | 3 |
| 3/17/2023 | Hoffman, James M. | 0.70 | $ 535.00 | $ 374.50 | Call with LaBelle Counsel re: discharge issues; Dischargeability, tax Refund and strategy | 3 |
| 4/3/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Respond to Paul Sweeney and UST re: discharge and dischargeability actions, grounds | 3 |
| 4/3/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Call with Sweeney; Edit message to Sweeney and UST | 3 |
| 4/13/2023 | Hoffman, James M. | 2.30 | $ 535.00 | $ 1,230.50 | Review and edit Discharge Complaint drafted by creditor | 3 |
| 6/6/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Call with Sweeney re: exemption hearings; issues with Discharge, possible settlement of LaBelles and Debtor | 3 |
| 6/6/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write up to Trustee re: hearing and settlement, call with LaBelle's counsel | 3 |
| 6/13/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Write to Trustee about LaBelle Settlement | 3 |
| 6/13/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review Sweeney email (.1); check exemption of retirement account (.1); Write to LaBelle's counsel re: settlement after receiving Trustee's response (.1) | 3 |
| 6/13/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Call with J. Fasano about Cahill settlement with LaBelles | 3 |
| 6/13/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to parties about settlement with LaBelles | 3 |
| 6/21/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Review Sweeney request to buy assets, respond | 3 |
| 6/22/2023 | Hoffman, James M. | 0.80 | $ 535.00 | $ 428.00 | Write to Sweeny re: concerns about $3M of allowed claims by LaBelles as part of settlement | 3 |
| 6/22/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to Sweeney re: settling POCs | 3 |
| 12/18/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write up for Trustee | 3 |
| **Subtotal for Hoffman, Task 3** | | 6.80 | $ 535.00 | $ 3,638.00 | | |
| **Subtotal for Task 3** | | 6.80 | | $ 3,638.00 | **Adversary Proceeding by Creditors** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| \multicolumn{7}{c}{**Offit Kurman, P.A.**} |
| **Client Matter Time Details** |
| **Client: Margulies, Laura J. | Debtor: Christopher John Cahill; Case No.: 22-16740 MCR** |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| 1/18/2023 | Hoffman, James M. | 3.10 | $ 485.00 | $ 1,503.50 | Prepare Objection to Exemptions – do MD exemptions, DC exemptions or Federal Exemptions apply; Research; Draft Order | 4 |
| 3/14/2023 | Hoffman, James M. | 1.80 | $ 535.00 | $ 963.00 | Prepare objection to exemptions | 4 |
| 3/16/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Revise objection to exemptions | 4 |
| 3/25/2023 | Hoffman, James M. | 1.20 | $ 535.00 | $ 642.00 | Outline causes of action based on 341 exams and compare to Schedules and SOFA | 4 |
| 4/25/2023 | Hoffman, James M. | 0.90 | $ 535.00 | $ 481.50 | Review Objection to Exemptions, Respond; Code; Preparation for hearing | 4 |
| 6/1/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Follow up with Debtor's counsel re: exemption hearing | 4 |
| 6/6/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Call with Debtor's counsel re: exemption hearing | 4 |
| 6/7/2023 | Hoffman, James M. | 0.50 | $ 535.00 | $ 267.50 | Hearing on exemptions | 4 |
| 6/16/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Call with Verstandig and extension to file amendments, settlement issues re: cars and watches | 4 |
| 6/21/2023 | Hoffman, James M. | 2.40 | $ 535.00 | $ 1,284.00 | Analyze new claims of exemptions, walk through all Exemptions, write to Trustee for new offer | 4 |
| 6/27/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Discuss resolution with Debtor's counsel to exemption issues | 4 |
| 7/19/2023 | Hoffman, James M. | 3.80 | $ 535.00 | $ 2,033.00 | Prepare Objection to Exemptions | 4 |
| 7/19/2023 | Margulies, Miriam | 1.30 | $ 200.00 | $ 260.00 | Review Obj to Amended Exemptions, research Fed Exemptions, Debtor's Amended Schedules B/C, review calculations and make edits (1.1); Email JH (.2) | 4 |
| 7/19/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Shepherdize, edit after Trustee review | 4 |
| 7/20/2023 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Review Trustee suggestions and JH edits to Obj to Amended Exemptions, make additional edits (.4); Draft Order (.2) | 4 |
| 7/20/2023 | Hoffman, James M. | 0.70 | $ 535.00 | $ 374.50 | Revise Objection to Exemptions, Order | 4 |
| 7/31/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to C. Cahill counsel about response to 3 prior messages from me without response | 4 |
| 8/14/2023 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Review Cahill's Motion to Continue, draft Consent to Continue | 4 |
| 8/14/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review Motion to Extend, Terms | 4 |
| 8/15/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Check status of exemption hearing, Review court messages re: hearing | 4 |
| 8/23/2023 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Review Debtor's Opposition to Trustee's Obj to Debtor's Amended Exemptions, analyze | 4 |
| 8/24/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Call VerStandig re: offer; objection to discharge | 4 |
| 10/13/2023 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Prepare litigation file for 10/26 hearing on exemptions | 4 |
| 10/13/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Respond to VerStandig regarding changes to Status Report, new development and need hearing on exemptions | 4 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. | | | | | |
|  | Client Matter Time Details | | | | | |
|  | Client: Margulies, Laura J. \| Debtor: Christopher John Cahill; Case No.: 22-16740 MCR | | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 10/13/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Revise Status Report in light of VerStandig changes, make changes, address hearing on exemptions | 4 |
| 10/24/2023 | Hoffman, James M. | 0.70 | $ 535.00 | $ 374.50 | Write to VerStandig re: case law supporting position | 4 |
| 10/25/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Respond to Trustee, answer questions, analyze trustee issues | 4 |
| 10/26/2023 | Hoffman, James M. | 1.60 | $ 535.00 | $ 856.00 | Attend hearing on Exemptions and MTLS | 4 |
| 10/26/2023 | Hoffman, James M. | 0.80 | $ 535.00 | $ 428.00 | Write to J. Fasano and VerStandig re: 363(h) consent, Consent to bank account release of statements and carve-out | 4 |
| 11/2/2023 | Hoffman, James M. | 2.80 | $ 535.00 | $ 1,498.00 | Prepare Supplemental Objection re: tax refund | 4 |
| 12/6/2023 | Hoffman, James M. | 0.90 | $ 535.00 | $ 481.50 | Review documents, analyze, write to Trustee | 4 |
| 12/18/2023 | Hoffman, James M. | 0.50 | $ 535.00 | $ 267.50 | Call with VerStandig, Debtor's counsel, regarding communications with Delaware tax authority and DE demand to return $50,000 | 4 |
| 1/10/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ 354.00 | Attend status conference, update court, move hearings | 4 |
| 2/13/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Call with Debtor's counsel about new offer, hearing | 4 |
| 2/14/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Attend status conference re: resolution of claims of all related cases | 4 |
| 3/13/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Attend status conference | 4 |
| 3/26/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Review Motion and Notice to Compromise (.1), edit Consent Order and send to J. Hoffman (.2) | 4 |
| 4/4/2024 | Margulies, Miriam | 1.90 | $ 200.00 | $ 380.00 | Update Motion, Notice and Order for Cahill Compromise, e-file, prep for service | 4 |
| 4/4/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Amend Notice, e-file | 4 |
| 4/10/2024 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Draft and file Supplemental Cert. of Service re Amended Notice of Motion to Approve Compromise re: Cahill (.2) Complete service to creditors (.4) | 4 |
|  | Subtotal for Hoffman, Task 4 | 3.10 | $ 485.00 | $ 1,503.50 | | |
|  | Subtotal for Hoffman, Task 4 | 23.00 | $ 535.00 | $ 12,305.00 | | |
|  | Subtotal for Hoffman, Task 4 | 1.70 | $ 590.00 | $ 1,003.00 | | |
|  | Subtotal for Margulies, Task 4 | 6.20 | $ 200.00 | $ 1,240.00 | | |
|  | Subtotal for Task 4 | 34.00 | | $ 16,051.50 | Objection to Claim of Exemptions | |
| 3/17/2023 | Hoffman, James M. | 1.30 | $ 535.00 | $ 695.50 | Research Jr. liens on DC property (.3), draft email to Pentagon Federal Counsel based on Schedules (.7), research of title (.3) | 5 |
| 3/17/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Call with PenFed Counsel about joint claim, title search | 5 |
| 9/14/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Locate DC real estate agent to value Cahill DC property; Write to broker; write to Trustee | 5 |
| 9/15/2023 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Review Pentagon lift stay of DC property, schedules, draft Opposition and Order | 5 |

| | | | | | Offit Kurman, P.A. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Client Matter Time Details | |
| | | | | | Client: Margulies, Laura J. \| Debtor: Christopher John Cahill; Case No.: 22-16740 MCR | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 9/18/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Review Opposition to MTLS, Order | 5 |
| 9/21/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Follow up with broker and Trustee re: broker retention; Write about 363(h) | 5 |
| 9/21/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Analyze the sale of the DC House | 5 |
| 9/21/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Call with Trustee about DC property and MTLS | 5 |
| 9/21/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to Debtor's counsel about DC property and Adv. Proc. | 5 |
| 9/28/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review Consent Order to Sell DC Property, write to Trustee | 5 |
| 9/29/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to lender re: MTLS and counter | 5 |
| 9/29/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Write to Debtor's counsel re: court order | 5 |
| 10/2/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Respond to DC house lender re: MTLS (2x) | 5 |
| 10/13/2023 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Prepare litigation file for Lowell Street Lift Stay hearing on 10/26 | 5 |
| 10/25/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Respond to lender counsel re: MTLS and write to Debtor's counsel re: MTLS and frustration | 5 |
| 10/31/2023 | Hoffman, James M. | 0.10 | $ 535.00 | $ 53.50 | Write to Trustee about purchaser for DC property | 5 |
| 10/31/2023 | Hoffman, James M. | 0.10 | $ 535.00 | $ 53.50 | Write to broker re: DC property and reach out to possible purchaser | 5 |
| 11/28/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Respond to Broker Counsel re: release of funds from failed sale of DC Property | 5 |
| 11/8/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Review Deed in lieu, docs, respond to lender | 5 |
| 11/11/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Respond to Davison, Creditors' counsel, with update | 5 |
| 12/5/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Write to Bizhan about DC Property and Deed in Lieu (2x); write to Trustee about Deed in lieu | 5 |
| 12/6/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Write to Trustee re: exemption and deed in lieu | 5 |
| 12/9/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to Lender in connection with DC property; write to Debtor's counsel to waive exemption | 5 |
| 12/9/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Write to lender's counsel (2x) re: Deed in lieu exemption and 2 questions | 5 |
| 12/9/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Draft waiver of exemption | 5 |
| 1/2/2025 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Review background info, Deed in Lieu, terms, draft Motion to Approve Compromise (.7); Draft Notice (.3) | 5 |
| 1/3/2025 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Draft Order Approving Compromise with FSM (.4); Edit Motion and Notice (.2) | 5 |
| Subtotal for Hoffman, Task 5 | | 5.00 | $ 535.00 | $ 2,675.00 | | |
| Subtotal for Hoffman, Task 5 | | 2.40 | $ 590.00 | $ 1,416.00 | | |
| Subtotal for Margulies, Task 5 | | 2.80 | $ 200.00 | $ 560.00 | | |
| Subtotal for Task 5 | | 10.20 | | $ 4,651.00 | 3401 Lowell St., NW, Washington, DC 20016 | |
| 11/21/2023 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Begin drafting Motion for Contempt, review history re tax refund and review subpoena issues (.6), email JH re potential issues (2x) (.1) | 6 |

Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Offit Kurman, P.A. | | |
| | | | | | Client Matter Time Details | | |
| | | | | | Client: Margulies, Laura J. \| Debtor: Christopher John Cahill; Case No.: 22-16740 MCR | | |
| Date | Timekeeper | Billed Hours | Billed Rate | | Billed Amount | Narrative | Task |
| 11/28/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ | 107.00 | Write up VerStandig call for Trustee | 6 |
| 3/26/2024 | Margulies, Miriam | 0.60 | $ 200.00 | $ | 120.00 | Draft Motion to Compel Turnover $75,500 (Cahill complaint) (.4); email J. Hoffman re dividing amount between bankruptcy estates (.2) | 6 |
| 4/15/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ | 60.00 | Update Motion to Compel Turnover and Draft Consent Order | 6 |
| 5/17/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ | 236.00 | Respond to Mac VerStandig with comments about Consent Order re: Turnover – 3 emails | 6 |
| 6/4/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ | 40.00 | Review, revise/update Motion to Compel Chris/Financial Institution to Turnover $75k of 401k | 6 |
| 6/12/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ | 40.00 | Update Motion to Compel Chris Cahill/Financial Institution to Turnover Property of Estate | 6 |
| 6/13/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ | 60.00 | Update Motion to Compel Turnover and Proposed Order to remove "Consent" language | 6 |
| 7/15/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ | 80.00 | Review J. Hoffman email re serving turnover order on John Hancock, review court fees and coordinate w/ in-house accounting re: getting payment for cert. copy of judgment; Respond to J. Hoffman re: potential issues, questions | 6 |
| 7/22/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ | 236.00 | Revise Turnover letter to John Hancock | 6 |
| 7/23/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ | 236.00 | Write to John Hancock in response to the request for Turnover | 6 |
| 7/31/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ | 100.00 | Draft Amended Motion to Compel Turnover Property of Estate and Order | 6 |
| 7/31/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ | 295.00 | Call with John Hancock counsel to Amend Order to Compel, discuss exemptions, DOL issues | 6 |
| 7/31/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ | 177.00 | Write to Botanical and Cahill counsel re: need to amend Order | 6 |
| 7/31/2024 | Hoffman, James M. | 1.10 | $ 590.00 | $ | 649.00 | Revise Motion to Revise Order to Compel to specify John Hancock and new Order | 6 |
| 8/21/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ | 118.00 | Write to John Hancock re: entered order to turnover funds | 6 |
| 8/30/2024 | Hoffman, James M. | 0.30 | | $ | 177.00 | Review VerStandig email re: taxed distribution and call | 6 |
| 9/30/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ | 177.00 | Review issues from Sandy Spring and docs to hold Cahill in contempt and respond | 6 |
| 9/30/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ | 354.00 | Write to Debtor's counsel, John Hancock and Trustee (2x) re: conference call to get signatures and Cahill taxes | 6 |
| Subtotal for Hoffman, Task 6 | | 0.20 | $ 535.00 | $ | 107.00 | | |
| Subtotal for Hoffman, Task 6 | | 4.50 | $ 590.00 | $ | 2,655.00 | | |
| Subtotal for Margulies, Task 6 | | 3.20 | $ 200.00 | $ | 640.00 | | |
| Subtotal for Task 6 | | 7.90 | | $ | 3,402.00 | Collection and Enforcement of Settlement | |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. | |
|  | Client Matter Time Details | |
|  | Client: Margulies, Laura J. \| Debtor: Christopher John Cahill; Case No.: 22-16740 MCR | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 3/13/2025 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Draft Objection to Dept. of Labor's claims 29, 30, review claims, claims register, docket. (.9); Email J. Hoffman w/ write-up (.1) | 7 |
| 3/14/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Edit Obj to Claim after JMH to add 1 paragraph, minor other edits, email back with issues (.2); Draft Proposed Order (.2) | 7 |
| 3/14/2025 | Hoffman, James M. | 0.40 | $ 650.00 | $ 260.00 | Edit Objection to Claims in Cahill by DOL and Order | 7 |
| 3/17/2025 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Edit Obj to Claims of DOL to correct representative of DOL and reference to duplicate claims in Botanical | 7 |
| **Subtotal for Hoffman, Task 7** | | **0.40** | **$ 650.00** | **$ 260.00** | | |
| **Subtotal for Margulies, Task 7** | | **1.60** | **$ 200.00** | **$ 320.00** | | |
| **Subtotal for Task 7** | | **2.00** | | **$ 580.00** | **Objection to Claims of The Department of Labor** | |
| 2/4/2025 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Review lengthy time entries, analyze and create tasks, edit entries for enhanced description, mark entries for related estate, make notes, misc. edits | 8 |
| 2/6/2025 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Continue reviewing and categorizing time entries, review docket and case history, also make more edits and narrative enhancements | 8 |
| 2/7/2025 | Margulies, Miriam | 0.10 | $ 200.00 | $ 20.00 | Analyze time entry issues ad tasks in Cahill that correlate to related cases and email J. Hoffman | 8 |
| 2/7/2025 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Review JH entries to move to Botanical and color code for accounting, mark up additional entries to move to Botanical (.3); Make additional edits, review and mark entries that were split between cases for related work, review filing history for related claims and work(.4) | 8 |
| 2/7/2025 | Hoffman, James M. | 0.80 | $ 650.00 | $ 520.00 | Edit Fee App time entries to allocate properly between 3 estates | 8 |
| 2/10/2025 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Review JH edits to Cahill re Botanical time entry issues, strategize, move entries to Botanical, mark additional entries to move, ask tasks, categorize more tasks | 8 |
| 2/24/2025 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Review time spreadsheets and time entries to move, cross-check against other cases, mark more entries to move to Botanical | 8 |
| 2/25/2025 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Conf. call with accounting re: need to move time between all three cases, billing issues (.3) (no charge); Edit spreadsheets for accounting and send to accounting to move entries in billing software (.4) (no charge); Review and analyze entries (after moving Botanical and DB entries out) and re-categorize by task, add recent Jan and Feb time, send to JMH for review and approval (.6) | 8 |
| 2/25/2025 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Move entries to tasks in final format, calculate subtotals of each task by professional and rate, create summary totals | 8 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. | | | | | |
|  | Client Matter Time Details | | | | | |
|  | Client: Margulies, Laura J. \| Debtor: Christopher John Cahill; Case No.: 22-16740 MCR | | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 2/26/2025 | Margulies, Miriam | 2.20 | $ 200.00 | $ 440.00 | Begin drafting Fee Application, review history and filings, review LaBelle complaint, add descriptions to tasks, add summary total charts to each task (1.4); Move two entries in time record spreadsheet re: lift stay by Forchheimer to matter 1, recalculate both tasks and summary totals, add to narrative (.3); Continue drafting Fee Application, review background re DC Property, add (.5) | 8 |
| 2/27/2025 | Margulies, Miriam | 1.90 | $ 200.00 | $ 380.00 | Continue drafting Fee Application, review extensive history of issues and events. | 8 |
| 2/28/2025 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Finish drafting Fee Application and send to J. Hoffman | 8 |
| 2/28/2025 | Hoffman, James M. | 0.40 | $ 650.00 | $ 260.00 | Review and revise Fee Application | 8 |
| 3/3/2025 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Review and edit Fee App after J. Hoffman, send back; (.5); Add costs to spreadsheet (.1) | 8 |
| 4/7/2025 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Recalculate subtotal by task and timekeeper in Excel timesheets (after moving/editing entries) (.3); Add task narrative re: DOL claims to Fee Application, add subtotals to narrative of each updated task (.6); Email to J. Hoffman (.1) | 8 |
| Subtotal for Hoffman, Task 8 | | 1.20 | $ 650.00 | $ 780.00 | | |
| Subtotal for Margulies, Task 8 | | 10.40 | $ 200.00 | $ 2,280.00 | | |
| Subtotal for Task 8 | | 11.60 | | $ 3,060.00 | Application for Compensation | |
| | Summary | Hrs | Amount | | | |
| | Total for Task 1 | 13.40 | $ 6,031.50 | | | |
| | Total for Task 2 | 0.90 | $ 481.50 | | | |
| | Total for Task 3 | 6.80 | $ 3,638.00 | | | |
| | Total for Task 4 | 34.00 | $ 16,051.50 | | | |
| | Total for Task 5 | 10.20 | $ 4,651.00 | | | |
| | Total for Task 6 | 7.90 | $ 3,402.00 | | | |
| | Total for Task 7 | 2.00 | $ 580.00 | | | |
| | Total for Task 8 | 11.60 | $ 3,060.00 | | | |
| | TOTAL TIME | 86.80 | $ 37,895.50 | | | |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| **Offit Kurman, P.A.** | | | | | | |
| **Client Matter Time Details** | | | | | | |
| **Client: Margulies, Laura J. \| Debtor: Christopher John Cahill; Case No.: 22-16740 MCR** | | | | | | |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| **Costs** | | | | | | |
| **Date** | | | | Amount | Narrative | |
| 4/5/2024 | | | | $96.90 | Mailing services to all creditors; Amended Notice of Motion to Approve Compromise; 4.4.24; J. Hoffman; BK ATTORNEY SERVICES; J. HOFFMAN | |
| 7/16/2024 | | | | $13.00 | Vendor: Clerk, U.S. Bankruptcy Court; Fee for Certified Copy of Judgment; J.Hoffman | |
| 1/16/2025 | | | | $120.91 | Mailing services to creditors; Mt to Approve Compromise w/ First Savings Mtg; 1.15.25; J.Hoffman; CERTIFICATE OF SERVICE; J. Hoffman | |
| **Total** | | | | **$230.81** | | |