410-484-2142                 FAX (443)352-3282

## LARRY STRAUSS, CPA, MST, CIRA
### 2310 SMITH AVENUE
### BALTIMORE, MARYLAND 21209

*John Cahill Christopher Bankruptcy Estate*
*c/o Laura J Margulies, Trustee*
*7050 W. Palmetto Park Road, Ste. 15-390*
*Boca Raton, FL 33433*

*Invoice number 579*
*3/30/2025*

| Date | For Professional Services: | Biller | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/26/2025 | Review material and prep case | Strauss | 0.90 | $ 550.00 | 495.00 |
| 3/10/2025 | 2024 bankruptcy returns (1040,1041,504) | Shoob | 1.30 | $ 185.00 | 240.50 |
| 3/11/2025 | 2024 bankruptcy returns (1040,1041,504) | Shoob | 1.00 | $ 185.00 | 185.00 |
| 3/4/2025 | 2024 tax return | Shoob | 0.50 | $ 185.00 | 92.50 |
| 3/5/2025 | 2024 tax return | Shoob | 1.00 | $ 185.00 | 185.00 |
| 3/11/2025 | review process sign and send | Strauss | 2.30 | $ 550.00 | 1265.00 |
| | | | 7.00 | | 2463.00 |

Processing fee ($100 per return)      $ 100.00

Amount due      $ 2,563.00

| **Biller** | **Hourly Rate** | **Hours** | **Amount** |
|---|---|---|---|
| Larry Strauss | $ 550.00 | 3.20 | $ 1,760.00 |
| Orly Silver | $ 410.00 | 0.00 | $ - |
| Sholom dov Sussman | $ 365.00 | 0.00 | $ - |
| Michael Shoob | $ 185.00 | 3.80 | $ 703.00 |
| | | | $ 2,463.00 |
| | | 7.00 | |
| Blended rate | | | $ 351.86 |