IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    Christopher John Cahill       \*      Case No: 22-16740-MCR
                                              \*      Chapter 7
        Debtor (s)                         \*
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2025, a copy of the Notice of Trustee's Final Report (NFR), Application for Compensation for Trustee's Attorney, and Application for Compensation for Trustee concerning the above-captioned Debtor, was served by first class mail, postage prepaid to: the Office of the United States Trustee, 6305 Ivy Lane, Ste. 600, Greenbelt, MD 20770; to the Debtor, Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854, and to all creditors or parties in interest as listed on the attached Court Mailing Matrix; and the foregoing Notice was served electronically via CM/ECF to the Debtor's attorney, Maurice Verstandig, Esq., mac@mbvesq.com.

I HEREBY CERTIFY that on June 25, 2025, the Application to Destroy Books and Records was mailed first class, postage prepaid to: the Office of the United States Trustee, 6305 Ivy Lane, Ste. 600, Greenbelt, MD 20770; to the Debtor, Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854; and the foregoing Application was served electronically via CM/ECF to the Debtor's attorney, Maurice Verstandig, Esq., mac@mbvesq.com.

Dated: June 25, 2025                        Respectfully submitted,

                                                       /s/ Laura J. Margulies
                                                       Laura J. Margulies
                                                       7050 W. Palmetto Park Rd, Ste 15-390
                                                       Boca Raton, FL 33433
                                                       (301) 483-9800
                                                       trustee@law-margulies.com