| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-16740<br>District of Maryland<br>Greenbelt<br>Wed Jun 25 09:38:59 EDT 2025 | First Savings Mortgage Corporation<br>c/o Beiramee Law Group, P.C.<br>7508 Wisconsin Avenue<br>Second Floor (Beiramee Law Group, P.C.)<br>Bethesda, MD 20814-3561 | Pentagon Federal Credit Union<br>BWW Law Group<br>8100 Three Chopt Road<br>Richmond, VA 23229-4833 |
| Truist Bank<br>Klima, Peters & Daly, PA<br>8028 Ritchie Hwy Ste 300<br>Pasadena, MD 21122-1360 | US Trustee - Greenbelt 11<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>PO Box 6789<br>Sioux Falls, SD 57117-6789 | Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Andrew Stewart, Esq.<br>Whitestone Law, PLLC<br>11718 Bowman Green Drive Suite 200<br>Reston, VA 20190-3596 |
| Apple Federal Credit Union<br>4097 Monument Corner Dr.<br>Fairfax, VA 22030-8640 | Apple Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 1200<br>Fairfax, VA 22038-1200 | Arturo Esquivel<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | BFS Operations, LLC successor in interest to<br>c/o Leslie Stewart<br>8101 Snouffer School Road<br>Gaitherburg, MD 20879-1505 | Bank of America, N.A.<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Barclays Bank<br>Attn: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Botanical Decorators, Inc.<br>5011 Olney Laytonsville Road<br>Olney, MD 20832-1903 |
| CJC and Assoc., Inc. T/A Botanical 401(k) Pl<br>1335 East-West Highway, Suite 200<br>Silver Spring, MD 20910-6253 | Carlos Roberto Cardona Palencia<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Cesar Portillo Hernandez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>P.O. Box 6789<br>Sioux Falls, SD 57117-6789 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Comenity Bank/Express<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Express<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21404-0549 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | District of Columbia Office of Tax and R<br>1101 4th St SW #270<br>Washington, DC 20024-4457 | Duman H. Gonzalez Hernandez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |

Dylan French
5505 16th Street, NW
Washington, DC 20011-6822

Edwin F. Salam Chub
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Fidel A. Bruno
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

First Savings Mortgage Corporation
8484 Westpark Drive
Suite 900
McLean, VA 22102-3596

Gateway One Lending & Finance
3818 E Coronado St
Anaheim, CA 92807-1620

Hugo Antonio Melgar
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Hyundai Motor Finance
Attn: Bankruptcy
PO Box 20829
Fountain Valley, CA 92728-0829

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isai Vargas Castellon
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

JPMCB Card Services
PO Box 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369

Jpmcb Card
PO Box 30281
Salt Lake City, UT 84130-0281

Juan Antonio Gonzalez Hernandez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Juan Enrique Choc Max
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Juan Salam Rax
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Kendell Day & Danielle Baussan
c/o Tobin O'Connor & Ewing
5335 Wisconsin Avenue, NW Suite 700
Washington, DC 20015-2056

Kia Motors Finance
10550 Talbert Ave
Fountain Valley, CA 92708-6031

Kia Motors Finance
Attn: Bankruptcy
PO Box 20825
Fountain Valley, CA 92728-0825

Laura Margulies
1680 E. Gude Drive Suite 200
Rockville, MD 20850-1371

Laura Margulies, Trustee
For the Estate of Botanical Decorators,
1680 E. Gude Drive, Suite 200
Rockville, MD 20850-1371

Laura Margulies, Trustee
For the Estate of CJ Cahill Design Build
1680 E. Gude Drive, Suite 200
Rockville, MD 20850-1371

Mark Gilday, Esq.
BBS&G
7315 Wisconsin Avenue Suite 800 West
Bethesda, MD 20814-3202

Michelle and Robert Labelle
9893 Windy Hollow Rd
Great Falls, VA 22066-3552

Nvr Mortgage
Attn: Bankruptcy
555 Southpointe Blvd
Ste 300
Canonsburg, PA 15317-8592

Oscar Orlando Martinez Ortiz
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Otto Rene Esquivel Perez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Patrick James McCusker
220 Virginia Ave.
Alexandria, VA 22302-2906

Pennymac Loan Services, LLC
Attn: Correspondence
Unit PO Box 514387
Los Angeles, CA 90051-4387

Pennymac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

```
Pentagon Federal Cr Un            Pentagon Federal Credit Union      (p)PENTAGON FEDERAL CREDIT UNION
PO Box 1432                       6191 N State Highway 161            ATTN BANKRUPTCY DEPARTMENT
Alexandria, VA 22313-1432         Irving, TX 75038-2246               P O BOX 1432
                                                                      ALEXANDRIA VA 22313-1432


Richard Cahill                    Sandy Spring Bank                   Sandy Spring Bank c/o Diana Wigginton
13312 Drew Lane                   Attn: Diana Wigginton, VP           6831 Benjamin Franklin Drive
Potomac, MD 20854-1033            6831 Benjamin Franklin Drive        Columbia MD 21046-2633
                                  Columbia, MD 21046-2633


Sebastian Marvin Salam Chub       Select Portfolio Servicing, Inc    Select Portfolio Servicing, Inc
8757 Georgia Avenue, Suite 400    10401 Deerwood Park Blvd            Attn: Bankruptcy
Silver Spring, MD 20910-3738      Jacksonville, FL 32256-0505         PO Box 65250
                                                                      Salt Lake City, UT 84165-0250


Servio Urrea Ochoa                Shannon and Scott Forchhieimer     Sheffield Financial
8757 Georgia Avenue, Suite 400    6808 Millwood Road                  PO Box 849
Silver Spring, MD 20910-3738      Bethesda, MD 20817-6060             Wilson, NC 27894-0849


SiteOne Landscape Supply          St Dpt Fcu                          State of Maryland DLLR
300 Colonial Center Pkwy          1630 King St                        Division of Unemployment Insurance
Suite 550                         Alexandria, VA 22314-2763           1100 N. Eutaw Street, Room 401
Roswell GA 30076-4957                                                 Baltimore, MD 21201-2226


Steve Lamontagne                  Synchrony Bank/Tjx                  Synchrony Bank/Tjx
1000 Murphy Drive                 Attn: Bankruptcy Dept               PO Box 965015
Great Falls, VA 22066-1935        PO Box 965064                       Orlando, FL 32896-5015
                                  Orlando, FL 32896-5064


Taxing Authority of Montgomery County   Truist Bank                   Truist Bank
Division of Treasury              Attn: Bankruptcy Mail Code VA-RVW-6290   PO Box 580223
255 Rockville Pike, Ste.  L-15    PO Box 85092                        Charlotte, NC 28258-0223
Rockville, MD 20850-4188          Richmond, VA 23285-5092


Truist Bank                       U.S. Bankcorp                       Volkswagen Credit, Inc
PO Box 849                        Attn: Bankruptcy                    Attn: Bankruptcy
Wilson, NC 27894-0849             800 Nicollet Mall                   PO Box 3
                                  Minneapolis, MN 55402-7000          Hillsboro, OR 97123-0003


Volvo Car Financial Services      Volvo Car Financial Sv              Volvo Financial Services
Attn: Bankruptcy                  1 Volvo Dr                          P.O. Box 91614
PO Box 91300                      Rockleigh, NJ 07647-2507            Mobile, AL 36691-1614
Mobile, AL 36691-1300


Walter Alexander Granados Rodriguez   Wells Fargo Dealer Services    Wells Fargo Dealer Services
8757 Georgia Avenue, Suite 400    Attn: Bankruptcy                    PO Box 71092
Silver Spring, MD 20910-3738      1100 Corporate Center Dr            Charlotte, NC 28272-1092
                                  Raleigh, NC 27607-5066
```

William P. McGrath, Jr., Esq.
Kalbian Hagerty LLP
888 17th Street, NW Suite 1200
Washington, DC 20006-3320

Andy Werner Jr.
6 Montgomery Village Avenue, #200
Gaithersburg, MD 20879-3548

Arturo Esquivel
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Carlos Roberto Cardona Palencia
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854-1033

Duman H Gonzalez
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Dylan French
c/o Bregman, Berbert, Schwartz, & Gilday
7315 Wisconsin Ave.
Suite 800 West
Bethesda, MD 20814-3217

Edwin F. Salam Chub
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Fidel A. Bruno
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Hugo Antonio Melgar
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Isai Vargas Castellon
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

James M. Hoffman
Offit Kurman, P.A.
7501 Wisconsin Ave, Ste 1000 W
Bethesda, MD 20814-6527

Jeffrey M. Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, MD 20850-7203

Juan Salam
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Juan Antonio Gonzalez
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Juan Enrique Choc Max
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Julio Cesar Portillo Hernandez
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770-1416

Larry Strauss
Larry Strauss ESQ, CPA & Associates, Inc
2310 Smith Avenue
Baltimore, MD 21209-2611

Laura J. Margulies
Laura Margulies, Trustee
7050 W. Palmetto Park Road
Suite 15-390
33433
Boca Raton, FL 33433-3426

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Oscar Orlando Martinez Ortiz
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Otto Rene Esquivel Perez
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Robert and Michelle LaBelle
c/o Paul Sweeney, Esquire
YVS Law, LLC
11825 W. Market Place
2nd Floor
Fulton, MD 20759-2592

Scott and Shannon Forchheimer
6808 Millwood Road
Bethesda, MD 20817-6060

Sebastian Marvin Salam Chub
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Servio Urrea Ochoa
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

Walter Alexander Granados Rodriguez
Zipin Amster and Greenberg LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910-3738

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>PO Box 10566<br>Birmingham, AL 35296-0001 | Citizens Bank<br>480 Jefferson Blvd<br>Warwick, RI 02886-1359 | (d)Citizens Bank<br>Attention: ROP-15B<br>1 Citizens Dr<br>Riverside, RI 02915-3026 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Pentagon Federal Credit Union<br>POB 1432 MORTGAGE SERVICES<br>Alexandria, VA 22313 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BFS Operations, LLC | (u)Volvo Car Financial Services US, LLC | (u)Botanical Decorators, Inc.<br>INVALID ADDRESS PROVIDED |
| (u)CJ Cahill Design Build, Inc.<br>INVALID ADDRESS PROVIDED | (u)Gateway One Lending & Finance<br>INVALID ADDRESS PROVIDED | (u)Nvr Mortgage<br>INVALID ADDRESS PROVIDED |
| (u)Sheffield Financial<br>INVALID ADDRESS PROVIDED | (u)Patrick McCusker | (u)Richard Cahill |

End of Label Matrix
Mailable recipients    117
Bypassed recipients      9
Total                  126