United States Bankruptcy Court
District of Maryland

In re:  
Christopher John Cahill  
    Debtor

Case No. 22-16740-MCR  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2  
Date Rcvd: Jul 31, 2025     Form ID: pdfparty     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 31 2025 19:22:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 02, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:

**Name**     **Email Address**

Bizhan Beiramee  
    bbeiramee@beiramee.com  e-filing@beiramee.com

Corinne Donohue Adams  
    cadams@yvslaw.com  
    cadams@yvslaw.com,jbeckman@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,r39990@notify.bestcase.com

Daniel J. Pesachowitz  
    dpesacho@siwpc.com  
    rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 31, 2025 | Form ID: pdfparty | Total Noticed: 2 |

Gregory Christopher Mullen
    bankruptcy@bww-law.com  gregory.c.mullen@gmail.com

James M. Hoffman
    jhoffman@offitkurman.com  mmargulies@offitkurman.com

Jason S. Ordene
    jordene@bregmanlaw.com  mgomes@wtplaw.com

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John McKenna
    jackmckenna@asm-law.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laura J. Margulies
    trustee@law-margulies.com  lmargulies@ecf.axosfs.com,bkadmin@axosbank.com

Lawrence A. Katz
    lkatz@hirschlerlaw.com  chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Amster
    mamster@zagfirm.com

Michael J. Klima
    bankruptcy@peroutkalaw.com

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Richard M. Sissman
    RSissmanesq@his.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 18

Entered: July 31st, 2025
Signed: July 31st, 2025
**SO ORDERED**
No opposition filed.

Case 22-16740    Doc 173    Filed 08/02/25    Page 3 of 4



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| IN RE:<br>CAHILL, CHRISTOPHER JOHN<br><br>Debtor(s) | Case No. 22-16740-MCR<br><br>CHAPTER 7 |
|---|---|

**ORDER APPROVING**
**(A) TRUSTEE'S COMPENSATION AND REIMBURSEMENT OF EXPENSES AND**
**(B) COMPENSATION OF TRUSTEE'S COUNSEL AND REIMBURSEMENT OF EXPENSES**
**(C) AND COMPENSATION OF ACCOUNANTANT AND REIMBURSEMENT OF EXPENSES**

Before the Court for consideration are the following applications for compensation and expenses (the "Applications") filed herein by:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Laura Margulies Trustee PC<br>Trustee's Compensation | $7,400.00 | $166.80 |
| Offit Kurman P.A.<br>Attorney for Trustee | $37,895.50 | $230.81 |
| Larry Strauss, CPA<br>Accountant for Trustee | $2,463.00 | $0.00 |
| Larry Strauss, CPA<br>Other Professional's | $0.00 | $100.00 |

It appearing to the Court that notice of the Applications was duly given to all parties in interest, that no objection to the Applications was filed timely, that the Applications have been reviewed by the United States Trustee, and that the Applications should be approved, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the compensation and expenses as hereinabove set out be allowed in the amounts requested in the Applications.

**COPIES TO:**

Laura Margulies Trustee Pc
Chapter 7 Trustee
7050 W. Palmetto Park Rd., Ste. 15-390
Boca Raton, FL 33433


Jeanette Rice, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20877


***END OF ORDER***