UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re:                                        §
                                              §
Christopher John Cahill                       §        Case No. 22-16740-MCR
                                              §
            Debtor                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Laura J. Margulies, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 2,452,567.54          Assets Exempt: 1,227,501.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 27,344.30    Claims Discharged
                                               Without Payment: 5,966,817.44

Total Expenses of Administration: 55,655.70

3) Total gross receipts of $83,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $83,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,764,010.66 | $4,005,977.86 | $4,005,977.86 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 55,655.70 | 55,655.70 | 55,655.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 58,712.50 | 58,712.50 | 6,700.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,381,167.04 | 5,219,275.56 | 5,219,275.56 | 20,644.30 |
| **TOTAL DISBURSEMENTS** | $6,145,177.70 | $9,339,621.62 | $9,339,621.62 | $83,000.00 |

4)  This case was originally filed under chapter 7 on 12/02/2022.  The case was pending for 37 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2025                    By:/s/Laura J. Margulies _____

                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3401 Lowell Street, Nw Washington Dc 20016 District Of | 1110-000 | 7,500.00 |
| Avoidable transfers between debtor and related entities and spouse and employees of related | 1241-000 | 75,500.00 |
| TOTAL GROSS RECEIPTS | | $83,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BBVA Compass, Cleveland, OH 44101 | | 0.00 | NA | NA | 0.00 |
| | BBVA Compass, Cleveland, OH 44101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Bank, 480 Jefferson Blvd Warwick, RI 02886-1359 | | 0.00 | NA | NA | 0.00 |
| | Gateway One Lending & Finance, 3818 E Coronado St Anaheim, CA 92807-1620 | | 0.00 | NA | NA | 0.00 |
| | Kia Motors Finance, 10550 Talbert Ave Fountain Valley, CA 92708-6031 | | 0.00 | NA | NA | 0.00 |
| | Nvr Mortgage, PO Box 999 Pittsburgh, PA 15230 | | 0.00 | NA | NA | 0.00 |
| | Pennymac Loan Services, LLC, PO Box 514387 Los Angeles, CA 90051-4387 | | 0.00 | NA | NA | 0.00 |
| | Pentagon Federal Cr Un, PO Box 1432 Alexandria, VA 22313-1432 | | 0.00 | NA | NA | 0.00 |
| | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd Jacksonville, FL 32256-5007 | | 0.00 | NA | NA | 0.00 |
| | Sheffield Financial, PO Box 849 Wilson, NC 27894-0849 | | 11,816.00 | NA | NA | 0.00 |
| | St Dpt Fcu, 1630 King St Alexandria, VA 22314-2763 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Truist Bank, PO Box 580223 Charlotte, NC 28258 | | 11,798.66 | NA | NA | 0.00 |
| | Volvo Car Financial Sv, 1 Volvo Dr Rockleigh, NJ 07647-2507 | | 38,833.00 | NA | NA | 0.00 |
| | Volvo Financial Services, P.O. Box 91614 Mobile, AL 36691 | | 29,064.00 | NA | NA | 0.00 |
| | Wells Fargo Dealer Services, PO Box 71092 Charlotte, NC 28272-1092 | | 0.00 | NA | NA | 0.00 |
| 25 | Apple Federal Credit Union | 4110-000 | 1,451,613.00 | 1,440,694.92 | 1,440,694.92 | 0.00 |
| 26 | First Savings Mortgage Corporation | 4110-000 | NA | 1,282,641.47 | 1,282,641.47 | 0.00 |
| 26 | Pentagon Federal Credit Union | 4110-000 | 1,220,886.00 | 1,282,641.47 | 1,282,641.47 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,764,010.66** | **$4,005,977.86** | **$4,005,977.86** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Laura Margulies Trustee PC | 2100-000 | NA | 7,400.00 | 7,400.00 | 7,400.00 |
| Laura Margulies Trustee PC | 2200-000 | NA | 166.80 | 166.80 | 166.80 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Axos Bank | 2600-000 | NA | 414.59 | 414.59 | 414.59 |
| Department Of The Treasury | 2810-000 | NA | 1,547.00 | 1,547.00 | 1,547.00 |
| Comptroller of Maryland | 2820-000 | NA | 1,818.00 | 1,818.00 | 1,818.00 |
| Jeffrey M. Orenstein, Esq. | 2990-000 | NA | 3,620.00 | 3,620.00 | 3,620.00 |
| Offit Kurman P.A. | 3210-000 | NA | 37,895.50 | 37,895.50 | 37,895.50 |
| Offit Kurman P.A. | 3220-000 | NA | 230.81 | 230.81 | 230.81 |
| Larry Strauss, CPA | 3410-000 | NA | 2,463.00 | 2,463.00 | 2,463.00 |
| Larry Strauss, CPA | 3992-000 | NA | 100.00 | 100.00 | 100.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $55,655.70 | $55,655.70 | $55,655.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Comptroller of Maryland, Revenue Administration Division PO Box 549 Annapolis, MD 21411 | | 0.00 | NA | NA | 0.00 |
| | District of Columbia Office of Tax and R, 1101 4th St SW #270 Washington, DC 20024 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| 22 | Michelle And Robert Labelle | 5600-000 | NA | 3,350.00 | 3,350.00 | 3,350.00 |
| 23 | Shannon And Scott Forchhieimer | 5600-000 | NA | 3,350.00 | 3,350.00 | 3,350.00 |
| 5 | Carlos Roberto Cardona Palencia | 5800-000 | NA | 2,924.00 | 2,924.00 | 0.00 |
| 6 | Cesar Portillo Hernandez | 5800-000 | NA | 4,232.00 | 4,232.00 | 0.00 |
| 4 | Clerk, U.S. Bankruptcy Court | 5800-000 | NA | 2,770.50 | 2,770.50 | 0.00 |
| 7 | Duman H. Gonzalez Hernandez | 5800-000 | NA | 2,400.00 | 2,400.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Edwin F. Salam Chub | 5800-000 | NA | 2,344.00 | 2,344.00 | 0.00 |
| 9 | Fidel A. Bruno | 5800-000 | NA | 5,350.00 | 5,350.00 | 0.00 |
| 10 | Hugo Antonio Melgar | 5800-000 | NA | 6,080.00 | 6,080.00 | 0.00 |
| 11 | Isai Vargas Castellon | 5800-000 | NA | 1,666.00 | 1,666.00 | 0.00 |
| 12 | Juan Antonio Gonzalez Hernandez | 5800-000 | NA | 2,898.50 | 2,898.50 | 0.00 |
| 13 | Juan Enrique Choc Max | 5800-000 | NA | 2,880.00 | 2,880.00 | 0.00 |
| 14 | Juan Salam Rax | 5800-000 | NA | 2,507.50 | 2,507.50 | 0.00 |
| 15 | Oscar Orlando Martinez Ortiz | 5800-000 | NA | 3,210.00 | 3,210.00 | 0.00 |
| 16 | Otto Rene Esquivel Perez | 5800-000 | NA | 4,000.00 | 4,000.00 | 0.00 |
| 17 | Sebastian Marvin Salam Chub | 5800-000 | NA | 2,180.00 | 2,180.00 | 0.00 |
| 18 | Servio Urrea Ochoa | 5800-000 | NA | 3,360.00 | 3,360.00 | 0.00 |
| 19 | Walter Alexander Granados Rodriguez | 5800-000 | NA | 3,210.00 | 3,210.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $58,712.50 | $58,712.50 | $6,700.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex, PO Box 6789 Sioux Falls, SD 57101 | | 0.00 | NA | NA | 0.00 |
| | Amex, PO Box 6789 Sioux Falls, SD 57101 | | 0.00 | NA | NA | 0.00 |
| | Amex, PO Box 981537 El Paso, TX 79998-1537 | | 0.00 | NA | NA | 0.00 |
| | Bank of America, N.A., Attn: Bankruptcy 4909 Savarese Circle Tampa, FL 33634 | | 75,728.41 | NA | NA | 0.00 |
| | Barclays Bank, P.O. Box 8803 Wilmington, DE 19899 | | 2,057.00 | NA | NA | 0.00 |
| | Barclays Bank, PO Box 8803 Wilmington, DE 19899-8803 | | 0.00 | NA | NA | 0.00 |
| | Citi, P.O. Box 6789 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Express, PO Box 182789 Columbus, OH 43218-2789 | | 0.00 | NA | NA | 0.00 |
| | Jpmcb Card, PO Box 15369 Wilmington, DE 19850-5369 | | 0.00 | NA | NA | 0.00 |
| | Jpmcb Card, PO Box 30281 Salt Lake City, UT 84130-0281 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kendell Day & Danielle Baussan, c/o Tobin O'Connor & Ewing 5335 Wisconsin Avenue, NW Suite 700 Washington, DC 20015 | | 400,000.00 | NA | NA | 0.00 |
| | Sandy Spring Bank, 17801 Georgia Ave. Olney, MD 20832 | | 490,000.00 | NA | NA | 0.00 |
| | Sandy Spring Bank, 17801 Georgia Ave. Olney, MD 20832 | | 32,631.31 | NA | NA | 0.00 |
| | Sandy Spring, 17801 Georgia Ave Olney, MD 20832-2233 | | 2,189.00 | NA | NA | 0.00 |
| | Sandy Spring, 17801 Georgia Ave Olney, MD 20832-2233 | | 0.00 | NA | NA | 0.00 |
| | Shannon and Scott Forchhieimer, 6808 Millwood Road Bethesda, MD 20817 | | 147,536.80 | NA | NA | 0.00 |
| | Steve Lamontagne, 1000 Murphy Drive Great Falls, VA 22066 | | 166,532.00 | NA | NA | 0.00 |
| | Synchrony Bank/Tjx, PO Box 965015 Orlando, FL 32896-5015 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Truist Bank, PO Box 849 Wilson, NC 27894-0849 | | 0.00 | NA | NA | 0.00 |
| | U.S. Bankcorp, Saint Louis, MO 63101 | | 0.00 | NA | NA | 0.00 |
| 24 | Bfs Operations, Llc Successor In Interest To Tw Pe | 7100-000 | NA | 18,044.26 | 18,044.26 | 81.35 |
| 27 | Dylan French | 7100-000 | 0.00 | 688,585.64 | 688,585.64 | 3,104.28 |
| 3 | Jpmorgan Chase Bank, N.A. | 7100-000 | 3,627.00 | 2,927.01 | 2,927.01 | 13.20 |
| 1 | Laura Margulies, Trustee | 7100-000 | 0.00 | 320,000.00 | 320,000.00 | 0.00 |
| 2 | Laura Margulies, Trustee | 7100-000 | NA | 320,000.00 | 320,000.00 | 0.00 |
| 22 | Michelle And Robert Labelle | 7100-000 | 2,035,884.00 | 1,505,711.00 | 1,505,711.00 | 6,788.05 |
| 20 | Patrick James Mccusker | 7100-000 | NA | 2,150,000.00 | 2,150,000.00 | 9,692.63 |
| 21 | Sandy Spring Bank | 7100-000 | 24,981.52 | 63,055.10 | 63,055.10 | 284.27 |
| 23 | Shannon And Scott Forchhieimer | 7100-000 | NA | 150,952.55 | 150,952.55 | 680.52 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,381,167.04 | $5,219,275.56 | $5,219,275.56 | $20,644.30 |

**Page:** 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 22-16740-MCR | MCR | Judge: | Maria Ellena Chavez-Ruark | |
| Case Name: | Christopher John Cahill | | | | |

| | | |
|---|---|---|
| Trustee Name: | Laura J. Margulies | |
| Date Filed (f) or Converted (c): | 12/02/2022 (f) | |
| 341(a) Meeting Date: | 01/11/2023 | |
| Claims Bar Date: | 04/12/2023 | |

For Period Ending: 12/18/2025

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  13312 Drew Lane Potomac Md 20854 Montgomery | 2,200,000.00 | 1,451,613.00 | | 0.00 | FA |
| 2.  3401 Lowell Street, Nw Washington Dc 20016 District Of Columbia | 1,700,000.00 | 0.00 | | 7,500.00 | FA |
| 3.  2016 Bmw X5 Mileage: 95000 | 17,000.00 | 0.00 | | 0.00 | FA |
| 4.  2021 Volvo Xc60 Mileage: 25000 | 38,992.00 | 0.00 | | 0.00 | FA |
| 5.  2022 Volvo Xc60 Mileage: 10000 Leased (Hence 0% Interest) | 57,800.00 | 0.00 | | 0.00 | FA |
| 6.  2017 Ford F-150 Mileage: 66000 Owned Jointly With Botanical Decorators, Inc. | 30,192.00 | 0.00 | | 0.00 | FA |
| 7.  3 Vespas | 1,500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 22-16740-MCR |
| Case Name: | Christopher John Cahill |
| | |
| For Period Ending: | 12/18/2025 |

| | |
|---|---|
| Trustee Name: | Laura J. Margulies |
| Date Filed (f) or Converted (c): | 12/02/2022 (f) |
| 341(a) Meeting Date: | 01/11/2023 |
| Claims Bar Date: | 04/12/2023 |

Judge: Maria Ellena Chavez-Ruark    MCR

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. (See Attached) - 2 full pages including but not limited to - From attachment: Den: 2 side chairs; 5' round coffee table; couch; bench; 2 glass wall tables 8 x 3; desk; desk chair; floor lamp; rug. Living room & dining room: 2 couches; 2 side chairs; wood s<br><br>From attachment: Den: 2 side chairs; 5' round coffee table; couch; bench; 2 glass wall tables 8 x 3; desk; desk chair; floor lamp; rug. Living room & dining room: 2 couches; 2 side chairs; wood side table; 2 glass end tables; coffee table 2x3; ches of drawers; 3 table lamps; dining table for 8; 8 dining chairs; 2 rugs. Kitchen & brakfast room: 48" round table; 4 chairs; 2 shelf units (bookshelves); 4 counter stools; rug. Foyer: 3' mirrored entry table; 2 campaign chests; 4 ft bench; 2 rugs; mirror.  Master Bedroom: Queen size bed; 5' double dresser; 30" side chest; 2 end tables; 3 side chairs; floor mirror; 2 rugs; 2 table lamps; bench; storage island; display pedestal. Son's room: Queen bed; 3' desk' desk chair; 5' long double dresser; side chair; rug; 2 table lamps. Daughter's room: twin bed; 5' foot double dresser; side chair; rug; 2 table lamps. Upstairs hall: French day bed. Basement: leather sectional*; 3 side chairs; 5' round glass coffee table*; 5' gaming craft table; 6 Lucite chairs*; 5' foot long buffe; rug; round ottoman. Basement guest room: Queen platform bed*; 2 side tables*; 2 nightstands*; Highboy dresser; 2 leather day beds*; 2 table lamps. Playroom: Day bed matching daughter's set; 3 storage cubbies. Exterieor: couch; 4 club chairs; 3' round coffee table; 2 ottomans; 40" round table & 4 side chairs; 2 hanging daybeds; 3 ceramic stools; table. Storage: Gaming table & 4 chairs*; King platform bed and mattress*; swivel chair*; 2 benches; dresser | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 9. Two Drawer Beverage Center. Washer And Dryer Outdoor Grilling Station ?18? Wide Wine Cooler | 700.00 | 0.00 | | 0.00 | FA |
| 10. 4 TVs 1 Dvd Player 4 Video Game Consoles 15 Smart / Speakers 5 Firestick/Apple Tv 6 Routers Wi-Fi Devices / Modems 4 Sonos Controllers (Old Version) 2 Compact Printer/Scanner 4 Apple Cell Phones 2 (13) 2 (8) 2 Tablets One Cd Player | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 22-16740-MCR | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |
|---|---|---|---|---|---|---|
| Case Name: | Christopher John Cahill | | | | Date Filed (f) or Converted (c): | 12/02/2022 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2023 |
| For Period Ending: | 12/18/2025 | | | | Claims Bar Date: | 04/12/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Paintings: 4X5 Acrylic Modern Abstract 4X4 Acrylic Modern Abstract 2 X 4 Acrylic Modern Abstract Two Three-Foot Square Modern Abstracts Three Charcoal And Bees-Wax Modern 2X3 One Watercolor 1X30 Print Two Brooks Oil Figure Paintings 18X18 | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. Coin Collection | 100.00 | 0.00 | | 0.00 | FA |
| 13. Suits, Dress Clothes, Casual Wearing Clothes, Jackets, Sweaters | 500.00 | 0.00 | | 0.00 | FA |
| 14. Breitling Watch (Damaged), Wedding Ring | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Rolex Watch | 4,000.00 | 0.00 | | 0.00 | FA |
| 16. Pug, Miniature Boxer | 100.00 | 0.00 | | 0.00 | FA |
| 17. Cash | 55.00 | 0.00 | | 0.00 | FA |
| 18. Regular Savings - Sandy Spring Bank xxx-00-18 | 9,629.16 | 0.00 | | 0.00 | FA |
| 19. Checking - Sandy Spring Bank | 4,046.96 | 0.00 | | 0.00 | FA |
| 20. Botanical Decorators, Inc. (In Bankruptcy) | 0.01 | 0.00 | | 0.00 | FA |
| 21. Cj Cahill Design Build Inc. (In Bankruptcy) | 0.01 | 0.00 | | 0.00 | FA |
| 22. Cjc & Associates Inc. | 0.01 | 0.00 | | 0.00 | FA |
| 23. John Hancock | 754,243.46 | 0.00 | | 0.00 | FA |
| 24. May Receive A Tax Refund For 2022 | Unknown | 0.00 | | 0.00 | FA |
| 25. Has Loaned Money To Various People Over Time But Does Not Have A Realistic Expectation Of Repayment And None Of The Loans Are Documented With Promissory Notes | 1.00 | 0.00 | | 0.00 | FA |
| 26. Refund for taxes withheld on sale of Delaware residence (u) Amended Schedule A/B, Doc 65 on 6/21/23 - Refund for taxes withheld on sale of Delaware residence | 44,094.93 | 44,094.93 | | 0.00 | FA |
| 27. Avoidable transfers between debtor and related entities and spouse and employees of related entities (u) | Unknown | 75,500.00 | | 75,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $4,900,954.54         $1,591,207.93              $83,000.00      $0.00

Exhibit 8
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/24/25 - Mr. French has responded that he will cash the check within the 90 day period.
10/28/25 - E-mail to creditor D. French re: reissued check. LM
6/25/25 - NFR and support docs filed with the Court. LM
5/21/25 - TFR submitted to US Trustee's office. LM
5/19/25 - Admin claim paid. LM
5/13/25 - TFR withdrawal for admin claim. LM
4/10/25 - TFR submitted to office of the US Trustee. LM
3/26/25 - IRS sent letter acknowledging the tax returns and indicating return is not subject to examination. Resolution reached regarding DOL's POC. TFR will be sent to UST once Jim has his final fee app completed.
3/10/25 - Hired Larry Strauss to prepare the tax returns to the estate. Need to get the pension claim to be amended and Jim is in negotiations with them to amend their POC in all the Cahill cases. Then TFR can be sent to the UST's office.
11/13/24 - Received $500 payment, and deposited.
11/1/24 - Debtor paid $75k to the estate.
6/18/24 - Settlement reached with him and spouse to pay estates $75,500, but motion to compel filed for turnover of funds.
3/25/24 - Order entered to pay J. Orenstein $3,620.00.
12/18/23 - Mediation with Jeff Orenstein scheduled for January 8, 2023. Signed consent order for sale of DC property, liens on property exceed value.
9/4/23- JHoffman prepared complaints for preferences, should be filed shortly, hearing on objection to exemptions 9.14.23.
6/5/2023- 341 meeting concluded; JH investigating preferences and fraud convey. JH also handling Spring Spring refusal to provide bank statements because of t/e account.
3/27/23- Waiting for records from Sandy Spring Bank, JH investigating pref. and fraud convy.
1/11/23 - Meeting held and continued to 3/15.  Case is asset, hiring James Hoffman, Esq. as special counsel.


Initial Projected Date of Final Report (TFR): 03/16/2026        Current Projected Date of Final Report (TFR): 03/16/2026

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 22-16740-MCR
Case Name: Christopher John Cahill

Taxpayer ID No: XX-XXX1874
For Period Ending: 12/18/2025

Trustee Name: Laura J. Margulies
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1308
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/24 | 27 | John Hancock on behalf of Christopher Cahill PO Box 600 Buffalo, NY 14201-1113 | Settlement for adversary proceeding Settlement of adversary proceeding per court order. | 1241-000 | $75,000.00 | | $75,000.00 |
| 11/13/24 | 27 | John Hancock PO Box 600 Buffalo, NY 14201-1113 | Settlement for adversary proceeding Final payment of settlement of adversary proceeding | 1241-000 | $500.00 | | $75,500.00 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.46 | $75,419.54 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.27 | $75,336.27 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.18 | $75,253.09 |
| 02/23/25 | 2 | First Savings Mortgage 8484 Westpark Drive, Ste. 900 McLean, VA 22102 | Settlement payment In exchange for signing a deed in lieu of foreclosure | 1110-000 | $7,500.00 | | $82,753.09 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.39 | $82,676.70 |
| 03/18/25 | 1001 | Department Of The Treasury Internal Revenue Service Kansas City, MO 64999-0048 | 2024 1041 Income tax return | 2810-000 | | $1,547.00 | $81,129.70 |
| 03/18/25 | 1002 | Comptroller of Maryland Revenue Administration Division 110 Carroll Street Annapolis, M 21411-0001 | Fiduciary Inome Tax Return 2024 | 2820-000 | | $1,818.00 | $79,311.70 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.29 | $79,220.41 |
| 05/13/25 | 1003 | Jeffrey M. Orenstein, Esq. 3543 Toddsbury Lane Olney, MD 20832 | Court Order | 2990-000 | | $3,620.00 | $75,600.41 |

Page Subtotals: $83,000.00   $7,399.59

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 22-16740-MCR

Case Name: Christopher John Cahill

Trustee Name: Laura J. Margulies

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1308

Checking

Taxpayer ID No: XX-XXX1874

For Period Ending: 12/18/2025

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/25 | 1009 | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan 1335 East-West Highway, Suite 200 Silver Spring, Md 20910 | Distribution Reversal error in payment | | | ($20,644.30) | $96,244.71 |
| | | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan | Final distribution to claim 29 creditor account # representing a payment of 72.43% per court order. $12,647.01 | 5400-000 | | | |
| | | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan | Final distribution to claim 30 creditor account # representing a payment of 72.43% per court order. $7,997.29 | 5400-000 | | | |
| 08/01/25 | 1008 | Shannon And Scott Forchhieimer 6808 Millwood Road Bethesda, Md 20817 | Final distribution to claim 23 creditor account # representing a payment of 100.00% per court order. Reversal error in payment | 5600-000 | | ($3,350.00) | $99,594.71 |
| 08/01/25 | 1007 | Michelle And Robert Labelle 9893 Windy Hollow Rd Great Falls, Va 22066 | Final distribution to claim 22 creditor account # representing a payment of 100.00% per court order. Reversal error in payment | 5600-000 | | ($3,350.00) | $102,944.71 |
| 08/01/25 | 1004 | Laura Margulies Trustee PC 7050 W. Palmetto Park Rd., Ste. 15-390 Boca Raton, FL 33433 | Distribution Reversal check printed in error | | | ($7,566.80) | $110,511.51 |
| | | Laura Margulies Trustee PC | Final distribution creditor account # representing a payment of 100.00% per court order. $7,400.00 | 2100-000 | | | |
| | | Laura Margulies Trustee PC | Final distribution creditor account # representing a payment of 100.00% per court order. $166.80 | 2200-000 | | | |
| 08/01/25 | 1005 | Offit Kurman P.A. Attn: Jim Hoffman 7501 Wisconsin Ave, Ste 1000W Bethesda, MD 20814 | Distribution Reversal check printed in error | | | ($38,126.31) | $148,637.82 |

Page Subtotals:                     $0.00          ($73,037.41)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 22-16740-MCR | | |
|---|---|---|
| Case Name: Christopher John Cahill | | |

Trustee Name: Laura J. Margulies
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1308
Checking

Taxpayer ID No: XX-XXX1874
For Period Ending: 12/18/2025

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Offit Kurman P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. | $37,895.50 | 3210-000 | | | |
| | | Offit Kurman P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. | $230.81 | 3220-000 | | | |
| 08/01/25 | 1006 | Larry Strauss, CPA Larry Strauss, ESQ CPA & Associates, Inc. 2310 Smith Ave Baltimore, MD 21209 | Distribution Reversal check printed in error | | | ($2,563.00) | $151,200.82 |
| | | Larry Strauss, CPA | Final distribution creditor account # representing a payment of 100.00% per court order. | $2,463.00 | 3410-000 | | | |
| | | Larry Strauss, CPA | Final distribution creditor account # representing a payment of 100.00% per court order. | $100.00 | 3992-000 | | | |
| 08/01/25 | 1004 | Laura Margulies Trustee PC 7050 W. Palmetto Park Rd., Ste. 15-390 Boca Raton, FL 33433 | Distribution | | | $7,566.80 | $143,634.02 |
| | | Laura Margulies Trustee PC | Final distribution creditor account # representing a payment of 100.00% per court order. | ($7,400.00) | 2100-000 | | | |
| | | Laura Margulies Trustee PC | Final distribution creditor account # representing a payment of 100.00% per court order. | ($166.80) | 2200-000 | | | |
| 08/01/25 | 1005 | Offit Kurman P.A. Attn: Jim Hoffman 7501 Wisconsin Ave, Ste 1000W Bethesda, MD 20814 | Distribution | | | $38,126.31 | $105,507.71 |

| | | | Page Subtotals: | | $0.00 | $43,130.11 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page: 4

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 22-16740-MCR
Case Name: Christopher John Cahill

Taxpayer ID No: XX-XXX1874
For Period Ending: 12/18/2025

Trustee Name: Laura J. Margulies
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1308
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Offit Kurman P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. | ($37,895.50) | 3210-000 | | | |
| | | Offit Kurman P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. | ($230.81) | 3220-000 | | | |
| 08/01/25 | 1006 | Larry Strauss, CPA Larry Strauss, ESQ CPA & Associates, Inc. 2310 Smith Ave Baltimore, MD  21209 | Distribution | | | $2,563.00 | $102,944.71 |
| | | Larry Strauss, CPA | Final distribution creditor account # representing a payment of 100.00% per court order. | ($2,463.00) | 3410-000 | | | |
| | | Larry Strauss, CPA | Final distribution creditor account # representing a payment of 100.00% per court order. | ($100.00) | 3992-000 | | | |
| 08/01/25 | 1007 | Michelle And Robert Labelle 9893 Windy Hollow Rd Great Falls, Va 22066 | Final distribution to claim 22 creditor account # representing a payment of 100.00% per court order. | 5600-000 | | $3,350.00 | $99,594.71 |
| 08/01/25 | 1008 | Shannon And Scott Forchhieimer 6808 Millwood Road Bethesda, Md 20817 | Final distribution to claim 23 creditor account # representing a payment of 100.00% per court order. | 5600-000 | | $3,350.00 | $96,244.71 |
| 08/01/25 | 1009 | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan 1335 East-West Highway, Suite 200 Silver Spring, Md 20910 | Distribution | | | $20,644.30 | $75,600.41 |
| | | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan | Final distribution to claim 29 creditor account # representing a payment of 72.43% per court order. | ($12,647.01) | 5400-000 | | | |

Page Subtotals: $0.00  $29,907.30

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  22-16740-MCR
Case Name:  Christopher John Cahill

Trustee Name:  Laura J. Margulies
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX1308
Checking

Taxpayer ID No:  XX-XXX1874
For Period Ending:  12/18/2025

Blanket Bond (per case limit):  $3,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Cjc And Assoc., Inc. T/A Botanical 401(K) Plan | Final distribution to claim 30 creditor account # representing a payment of 72.43% per court order. | ($7,997.29) | 5400-000 | | | |
| 08/01/25 | 1010 | Laura Margulies Trustee PC 7050 W. Palmetto Park Rd., Ste. 15-390 Boca Raton, FL 33433 | Distribution | | | | $7,566.80 | $68,033.61 |
| | | Laura Margulies Trustee PC | Final distribution creditor account # representing a payment of 100.00% per court order. | ($7,400.00) | 2100-000 | | | |
| | | Laura Margulies Trustee PC | Final distribution creditor account # representing a payment of 100.00% per court order. | ($166.80) | 2200-000 | | | |
| 08/01/25 | 1011 | Offit Kurman P.A. Attn: Jim Hoffman 7501 Wisconsin Ave, Ste 1000W Bethesda, MD 20814 | Distribution | | | | $38,126.31 | $29,907.30 |
| | | Offit Kurman P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. | ($37,895.50) | 3210-000 | | | |
| | | Offit Kurman P.A. | Final distribution creditor account # representing a payment of 100.00% per court order. | ($230.81) | 3220-000 | | | |
| 08/01/25 | 1012 | Larry Strauss, CPA Larry Strauss, ESQ CPA & Associates, Inc. 2310 Smith Ave Baltimore, MD  21209 | Distribution | | | | $2,563.00 | $27,344.30 |
| | | Larry Strauss, CPA | Final distribution creditor account # representing a payment of 100.00% per court order. | ($2,463.00) | 3410-000 | | | |

Page Subtotals:                    $0.00          $48,256.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 22-16740-MCR

Case Name: Christopher John Cahill

Taxpayer ID No: XX-XXX1874

For Period Ending: 12/18/2025

Trustee Name: Laura J. Margulies

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1308

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Larry Strauss, CPA | Final distribution creditor account # representing a payment of 100.00% per court order. | ($100.00) | 3992-000 | | | |
| 08/01/25 | 1013 | Michelle And Robert Labelle 9893 Windy Hollow Rd Great Falls, Va 22066 | Distribution | | | $10,138.05 | $17,206.25 |
| | | Michelle And Robert Labelle | Final distribution to claim 22 creditor account # representing a payment of 100.00% per court order. | ($3,350.00) | 5600-000 | | | |
| | | Michelle And Robert Labelle | Final distribution to claim 22 creditor account # representing a payment of 0.45% per court order. | ($6,788.05) | 7100-000 | | | |
| 08/01/25 | 1014 | Shannon And Scott Forchhieimer 6808 Millwood Road Bethesda, Md 20817 | Distribution | | | $4,030.52 | $13,175.73 |
| | | Shannon And Scott Forchhieimer | Final distribution to claim 23 creditor account # representing a payment of 100.00% per court order. | ($3,350.00) | 5600-000 | | | |
| | | Shannon And Scott Forchhieimer | Final distribution to claim 23 creditor account # representing a payment of 0.45% per court order. | ($680.52) | 7100-000 | | | |
| 08/01/25 | 1015 | Jpmorgan Chase Bank, N.A. S/B/M/T Chase Bank Usa, N.A. C/O Robertson, Anschutz, Schneid, Crane & Partners, Pllc 6409 Congress Avenue, Suite 100 Boca Raton, Fl 33487 | Final distribution to claim 3 creditor account # representing a payment of 0.45% per court order. | | 7100-000 | | $13.20 | $13,162.53 |
| 08/01/25 | 1016 | Patrick James Mccusker 220 Virginia Ave. Alexandria, Va 22302 | Final distribution to claim 20 creditor account # representing a payment of 0.45% per court order. | | 7100-000 | | $9,692.63 | $3,469.90 |

Page Subtotals: $0.00 $23,874.40

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 22-16740-MCR | Trustee Name: Laura J. Margulies |
| Case Name: Christopher John Cahill | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1308 |
| | Checking |
| Taxpayer ID No: XX-XXX1874 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 12/18/2025 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/25 | 1017 | Sandy Spring Bank<br>Attn: Diana Wigginton, Vp<br>6831 Benjamin Franklin Drive<br>Columbia, Md 21046 | Final distribution to claim 21 creditor account # representing a payment of 0.45% per court order. | 7100-000 | | $284.27 | $3,185.63 |
| 08/01/25 | 1018 | Bfs Operations, Llc Successor In Interest To Tw Pe<br>C/O Leslie Stewart<br>8101 Snouffer School Road<br>Gaitherburg, Md 20879 | Final distribution to claim 24 creditor account # representing a payment of 0.45% per court order. | 7100-000 | | $81.35 | $3,104.28 |
| 08/01/25 | 1019 | Dylan French<br>5505 16Th Street, Nw<br>Washington, Dc 20011 | Final distribution to claim 27 creditor account # representing a payment of 0.45% per court order. | 7100-000 | | $3,104.28 | $0.00 |
| 09/26/25 | 1019 | Dylan French<br>5505 16Th Street, Nw<br>Washington, Dc 20011 | Final distribution to claim 27 creditor account # representing a payment of 0.45% per court order. Reversal | 7100-000 | | ($3,104.28) | $3,104.28 |
| 09/26/25 | 1020 | Dylan French<br>3510 Thornapple Street<br>Chevy Chase, MD 20815 | Reissue check<br>Never cashed original check, this is a replacement | 7100-000 | | $3,104.28 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $83,000.00 | $83,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $83,000.00 | $83,000.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $83,000.00 | $83,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $3,469.90 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1308 - Checking | $83,000.00 | $83,000.00 | $0.00 |
| | $83,000.00 | $83,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $83,000.00 |
| Total Gross Receipts: | $83,000.00 |

Page Subtotals:                                    $0.00                $0.00