United States Bankruptcy Court
District of Maryland

In re:  Case No. 22-16740-MCR
Christopher John Cahill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bizhan Beiramee | bbeiramee@beiramee.com  e-filing@beiramee.com |
| Corinne Donohue Adams | cadams@yvslaw.com<br>cadams@yvslaw.com,jbeckman@yvslaw.com,pgomez@yvslaw.com,vmichaelides@yvslaw.com,r39990@notify.bestcase.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 09, 2026 | Form ID: pdfparty | Total Noticed: 1 |

James M. Hoffman
    jhoffman@offitkurman.com   mmargulies@offitkurman.com,lydia.yale@offitkurman.com

Jason S. Ordene
    jordene@bregmanlaw.com   mgomes@wtplaw.com

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John McKenna
    jackmckenna@asm-law.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov   USTPRegion04.GB.ECF@USDOJ.GOV

Laura J. Margulies
    trustee@law-margulies.com   lmargulies@ecf.axosfs.com,bkadmin@axosbank.com

Lawrence A. Katz
    lkatz@hirschlerlaw.com   chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Amster
    mamster@zagfirm.com   zagfirm@gmail.com

Michael J. Klima
    bankruptcy@peroutkalaw.com

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com   bankruptcy@bww-law.com

Richard M. Sissman
    RSissmanesq@his.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 18

Entered: January 9th, 2026
Signed: January 8th, 2026
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re:

Christopher John Cahill          *     Case No.:  22-16740-MCR
                                          *     Chapter 7
     Debtor(s)                         *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER AUTHORIZING DESTRUCTION OF DEBTOR'S BOOKS AND RECORDS**

Upon the Motion of the Trustee the Court finds:

I. Notice was properly given to all parties in interest of the Trustee's intent to abandon the books and records of the Debtor.

II. Said Notice advised all parties of the opportunity to obtain such books and records after abandonment, and no party has claimed said documents.

III. Said Notice further advised all parties that the Trustee would move this Court for an Order to authorize the destruction of the books and records upon failure of any party to claim said documents.

No party having claimed said documents, it is

**ORDERED**, that the Trustee is authorized to destroy the books and records of the Debtor.

cc:

Laura Margulies, Chapter 7 Trustee

**END OF ORDER**